| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| BIENERT KATZMAN LITTRELL WILLIAMS LLP<br>John Littrell (SBN 221601)<br>Michael R. Williams (SBN 192222)<br>360 E. 2nd Street, Suite 625<br>Los Angeles, CA 90012<br>Tel.: (949) 369-3700<br>Fax: (949) 369-3701 | |
| ATTORNEY(S) FOR: Plaintiff | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff(s),<br>v.<br>THE TRADE DESK, INC., JEFFREY TERRY GREEN, and LAURA SCHENKEIN,<br>Defendant(s) | CASE NUMBER:<br>2:25-cv-01396<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund | Plaintiff |
| The Trade Desk, Inc. | Defendant |
| Jeffrey Terry Green | Defendant |
| Laura Schenkein | Defendant |

February 19, 2025  
Date

/s/ John L. Littrell  
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff