CAZ HASHEMI, State Bar No. 210239
Email: chashemi@wsgr.com
BENJAMIN M. CROSSON, State Bar No. 247560
Email: bcrosson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

JESSICA L. SNORGRASS, State Bar No. 259962
Email: jsnorgrass@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900

*Attorneys for Defendants The Trade Desk, Inc., Jeffrey T. Green, and Laura Schenkein*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRADE DESK, INC., JEFFREY TERRY GREEN, and LAURA SCHENKEIN,<br><br>Defendants, | Case No.: 2:25-cv-01396-CAS (DFMx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Fed. R. Civ P. 7.1 & Local Rule 7.1-1)**<br><br>Judge: Hon. Christina A. Snyder<br>Complaint Filed: February 19, 2025 |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendants The Trade Desk, Inc. ("Trade Desk"), Jeffrey Terry Green, and Laura Schenkein (collectively, "Defendants") makes the following corporate disclosure on behalf of Trade Desk:

Trade Desk does not have a parent corporation. It is a publicly held corporation, and no other publicly held company owns 10% or more of Trade Desk's stock.

Further, pursuant to United States District Court for the Central District of California Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
|---|---|
| United Union of Roofers, Waterproofers & Allied Workers Local Union NO. 8 WBPA Fund | Plaintiff |
| The Trade Desk, Inc. | Defendant |
| Jeffrey Terry Green | Defendant |
| Laura Schenkein | Defendant |
| Allianz | Defendants' insurer |
| Travelers | Defendants' insurer |
| Berkley Insurance Co. | Defendants' insurer |
| Berkshire | Defendants' insurer |
| Starr | Defendants' insurer |
| CNA | Defendants' insurer |
| Zurich | Defendants' insurer |
| Nationwide | Defendants' insurer |

| PARTY | CONNECTION/INTEREST |
|---|---|
| RSUI | Defendants' insurer |
| Ascot | Defendants' insurer |
| SwissRe | Defendants' insurer |
| Westfield | Defendants' insurer |
| Everest | Defendants' insurer |
| RLI | Defendants' insurer |
| Lloyd's/Beazley | Defendants' insurer |
| Lloyd's/Tegron | Defendants' insurer |

Dated: March 10, 2025

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ *Benjamin M. Crosson*

Benjamin M. Crosson

Caz Hashemi
Benjamin M. Crosson
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
chashemi@wsgr.com
bcrosson@wsgr.com

Jessica L. Snorgrass
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
jsnorgrass@wsgr.com

*Attorneys for Defendants The Trade Desk, Inc., Jeffrey T. Green, and Laura Schenkein*