1  CAZ HASHEMI, State Bar No. 210239
   Email: chashemi@wsgr.com
2  BENJAMIN M. CROSSON, State Bar No. 247560
   Email: bcrosson@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300

6  JESSICA L. SNORGRASS, State Bar No. 259962
   Email: jsnorgrass@wsgr.com
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  1900 Avenue of the Stars, 28th Floor
   Los Angeles, CA 90067
9  Telephone: (424) 446-6900

10 *Attorneys for Defendants The Trade Desk, Inc.,
   Jeffrey T. Green, and Laura Schenkein*

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRADE DESK, INC., JEFFREY TERRY GREEN, and LAURA SCHENKEIN,<br><br>Defendants. | Case No.: 2:25cv01396-CAS(DFMx)<br><br>**ORDER REGARDING RESPONSE TO COMPLAINT**<br><br>Complaint served: February 19, 2025<br>Current response date: May 5, 2025<br>New response date: TBD, According to Order on Forthcoming Lead Plaintiff Motions<br><br>Judge: Hon. Christina A. Snyder |

Before the Court is the parties' Joint Stipulation Regarding Response to Complaint. Having been considered, and good cause appearing therefor, the Court GRANTS the Joint Stipulation.

IT IS NOW HEREBY ORDERED that:

///

---

[PROPOSED] ORDER REGARDING RESPONSE TO INITIAL COMPLAINT
CASE NO.: 2:25-CV-01396-CAS (DFMx)

1. Defendants shall have no obligation to respond to the existing complaint in this action (ECF No. 1, the "Complaint") at this time. Defendants' obligation to file a responsive pleading or motion to dismiss shall be deferred until after the Court appoints a lead plaintiff and lead counsel pursuant to the Private Securities Litigation Reform Act (15 U.S.C. §78u-4 *et seq.*, the "PSLRA"), and the lead plaintiff designates the Complaint as the operative complaint or files a consolidated complaint in this action;

2. Within ten (10) days after the Court's appointment of a lead plaintiff and lead counsel pursuant to the PSLRA, counsel for the lead plaintiff and counsel for the Defendants shall confer and submit to the Court a proposed briefing schedule for designation of the operative complaint or the filing of a consolidated complaint and any responsive briefing.

3. If there is no agreement as to lead plaintiff/lead counsel, a Motion For Appointment of Lead Plaintiff/Lead Counsel shall be filed on or before April 18, 2025.

**IT IS SO ORDERED.**

Dated: March 20, 2025

*[signature]*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE