**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Kapil Bagaria*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE TRADE DESK, INC., JEFFREY TERRY GREEN, and LAURA SCHENKEIN, <br><br> Defendants. | No.: 2:25-cv-01396-CAS-DFM <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT OF KAPIL BAGARIA'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Judge: Hon. Christina A. Snyder <br> Date: May 19, 2025 <br> Time: 10:00 a.m. <br> Courtroom: #8D |
| MANUEL SAVORELLI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE TRADE DESK, INC., JEFF T. GREEN, and LAURA SCHENKEIN, <br><br> Defendants. | No.: 2:25-cv-01915-CAS-DFM <br><br> Judge: Hon. Christina A. Snyder |

DECLARATION OF ADAM M. APTON
Case Nos. 2:25-cv-01396-CAS-DFM, 2:25-cv-01915-CAS-DFM, & 2:25-cv-01936-CAS-DFM

| | |
|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE TRADE DESK, INC., JEFFREY T. GREEN, LAURA SCHENKEIN, and SAMANTHA JACOBSON, <br><br> Defendants. | No.: 2:25-cv-01936-CAS-DFM <br><br> Judge: Hon. Christina A. Snyder |

I, ADAM M. APTON hereby declare that:

1.    I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Kapil Bagaria ("Movant"), and proposed Lead Counsel for the class.

2.    I make this Declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

4.    Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in this Court on February 19, 2025.

6.    Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of his lead plaintiff motion.

7.    Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my

knowledge.

Dated: April 21, 2025                    /s/ Adam M. Apton
                                         Adam M. Apton

# <u>CERTIFICATE OF SERVICE</u>

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On April 21, 2025, I electronically filed the following **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF KAPIL BAGARIA FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 21, 2025.

/s/ Adam M. Apton
Adam M. Apton