# EXHIBIT B

| Client Name | Kapil Bagaria |
|---|---|
| Company Name | The Trade Desk, Inc. |
| Ticker Symbol | TTD |
| Security Type | |
| Class Period Start | 5/9/2024 |
| Class Period End | 2/12/2025 |
| 90-DAY Lookback Period Start | 2/13/2025 |
| 90-DAY Lookback Period End | 4/21/2025 |
| 90-DAY Lookback Average | $ 60.25 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $1,249,386.28 |
| DURA LIFO* Total | $1,249,386.28 |
| Gross Shares Purchased | 29,106 |
| Net Shares Retained | 29,106 |
| Net Funds Expended | $3,482,323.17 |

### Kapil Bagaria

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-10-2025 | 1500 | 118.7898 | $ 178,184.70 | 02-26-2025 | | 1500 | $ 76.47 | | $ 114,705.00 | 1500 | - | $ 60.25 | | $ 63,479.70 | $ 63,479.70 |
| 02-10-2025 | 1500 | 118.8 | $ 178,200.00 | 02-26-2025 | | 1500 | $ 76.47 | | $ 114,705.00 | 1500 | - | $ 60.25 | | $ 63,495.00 | $ 63,495.00 |
| 02-10-2025 | 402 | 118.55 | $ 47,657.10 | 02-26-2025 | | 402 | $ 76.47 | | $ 30,740.94 | 402 | - | $ 60.25 | | $ 16,916.16 | $ 16,916.16 |
| 02-10-2025 | 171 | 118.5 | $ 20,263.50 | 02-26-2025 | | 171 | $ 76.47 | | $ 13,076.37 | 171 | - | $ 60.25 | | $ 7,187.13 | $ 7,187.13 |
| 02-10-2025 | 133 | 118.6042105 | $ 15,774.36 | 02-26-2025 | | 133 | $ 76.47 | | $ 10,170.51 | 133 | - | $ 60.25 | | $ 5,603.85 | $ 5,603.85 |
| 02-10-2025 | 200 | 119 | $ 23,800.00 | 02-26-2025 | | 200 | $ 76.47 | | $ 15,294.00 | 200 | - | $ 60.25 | | $ 8,506.00 | $ 8,506.00 |
| 02-10-2025 | 2800 | 119.4838214 | $ 334,554.70 | 02-26-2025 | | 2800 | $ 76.47 | | $ 214,116.00 | 2800 | - | $ 60.25 | | $ 120,438.70 | $ 120,438.70 |
| 02-10-2025 | 100 | 119.27 | $ 11,927.00 | 02-26-2025 | | 100 | $ 76.47 | | $ 7,647.00 | 100 | - | $ 60.25 | | $ 4,280.00 | $ 4,280.00 |
| 02-10-2025 | 365 | 119.1556164 | $ 43,491.80 | 02-26-2025 | | 365 | $ 76.47 | | $ 27,911.55 | 365 | - | $ 60.25 | | $ 15,580.25 | $ 15,580.25 |
| 02-10-2025 | 719 | 119.2332406 | $ 85,728.70 | 02-26-2025 | | 719 | $ 76.47 | | $ 54,981.93 | 719 | - | $ 60.25 | | $ 30,746.77 | $ 30,746.77 |
| 02-10-2025 | 2281 | 119.4588333 | $ 272,485.60 | 02-26-2025 | | 2281 | $ 76.47 | | $ 174,428.07 | 2281 | - | $ 60.25 | | $ 98,057.53 | $ 98,057.53 |
| 02-10-2025 | 719 | 119.4588333 | $ 85,890.90 | 02-26-2025 | | 719 | $ 76.47 | | $ 54,981.93 | 719 | - | $ 60.25 | | $ 30,908.97 | $ 30,908.97 |
| 02-10-2025 | 487 | 119.4728131 | $ 58,183.26 | 02-26-2025 | | 487 | $ 76.47 | | $ 37,240.89 | 487 | - | $ 60.25 | | $ 20,942.37 | $ 20,942.37 |
| 02-10-2025 | 348 | 119.3471264 | $ 41,532.80 | 02-26-2025 | | 348 | $ 76.47 | | $ 26,611.56 | 348 | - | $ 60.25 | | $ 14,921.24 | $ 14,921.24 |
| 02-10-2025 | 381 | 119.4773753 | $ 45,520.88 | 02-26-2025 | | 381 | $ 76.47 | | $ 29,135.07 | 381 | - | $ 60.25 | | $ 16,385.81 | $ 16,385.81 |
| 02-10-2025 | 900 | 119.6 | $ 107,640.00 | 02-26-2025 | | 900 | $ 76.47 | | $ 68,823.00 | 900 | - | $ 60.25 | | $ 38,817.00 | $ 38,817.00 |
| 02-10-2025 | 5000 | 119.399282 | $ 596,996.41 | 02-26-2025 | | 5000 | $ 76.47 | | $ 382,350.00 | 5000 | - | $ 60.25 | | $ 214,646.41 | $ 214,646.41 |
| 02-12-2025 | 3300 | 120.0462015 | $ 396,152.46 | 02-26-2025 | | 3300 | $ 76.47 | | $ 252,351.00 | 3300 | - | $ 60.25 | | $ 143,801.46 | $ 143,801.46 |
| 02-12-2025 | 1897 | 119.9997619 | $ 227,639.55 | 02-21-2025 | | 1897 | $ 77.78 | | $ 147,548.66 | 1897 | - | $ 60.25 | | $ 80,090.89 | $ 80,090.89 |
| 02-12-2025 | 2303 | 119.9997619 | $ 276,359.45 | 02-26-2025 | | 2303 | $ 76.47 | | $ 176,110.41 | 2303 | - | $ 60.25 | | $ 100,249.04 | $ 100,249.04 |
| 02-12-2025 | 3300 | 120.57 | $ 397,881.00 | 02-21-2025 | | 3300 | $ 77.78 | | $ 256,674.00 | 3300 | - | $ 60.25 | | $ 141,207.00 | $ 141,207.00 |
| 02-12-2025 | 300 | 121.53 | $ 36,459.00 | 02-21-2025 | | 300 | $ 77.78 | | $ 23,334.00 | 300 | - | $ 60.25 | | $ 13,125.00 | $ 13,125.00 |
| Total: | 29,106 | | $3,482,323.17 | | | 29106 | | | $2,232,936.89 | 29,106 | | | | $1,249,386.28 | $1,249,386.28 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.