Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Manuel Savorelli*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, <br><br> Plaintiff, <br><br> v. <br><br> THE TRADE DESK, INC., et al., <br><br> Defendants. | Case No. 2:25-cv-01396-CAS-DFM <br><br> **NOTICE OF MOTION AND MOTION OF MANUEL SAVORELLI FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** <br><br> Date:  May 19, 2025 <br> Time:  10:00 a.m. <br> Crtrm.:  8D <br> Judge:  Hon. Christina A. Snyder |
| MANUEL SAVORELLI, <br><br> Plaintiff, <br><br> v. <br><br> THE TRADE DESK, INC.,  et al., <br><br> Defendants. | Case No. 2:25-cv-01915-CAS-DFM |
| NEW ENGLAND TEAMSTERS PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> THE TRADE DESK, INC.,  et al., <br><br> Defendants. | Case No. 2:25-cv-01936-CAS-DFM |

**TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 19, 2025, at 10:00 a.m. or as soon thereafter as the matter can be heard in the courtroom of the Honorable Christina A. Snyder, in Courtroom 8D of the United States District Court for the Central District of California, 350 W. 1st Street, Los Angeles, CA., Plaintiff Manuel Savorelli ("Savorelli") will move this Court for entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Savorelli as Lead Plaintiff; (iii) approving Savorelli's selection of Glancy Prongay & Murray LLP as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.

Savorelli is filing this motion pursuant to the Federal Rules of Civil Procedure, the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

In support of this Motion, Savorelli submits a Memorandum of Law in support thereof and the Declaration of Charles H. Linehan and the exhibits attached thereto, and all of the prior pleadings and other files in this matter, and such other written or oral arguments as may be permitted by the Court.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Consequently, counsel for Savorelli have no way of knowing with certainty who, if anyone, the competing lead plaintiff candidates will be at this time. As a result, counsel for Savorelli is unable to conference with opposing counsel as prescribed by Local Rule 7-3, and therefore respectfully request that the conference requirement be waived for this motion. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) of the Exchange Act, Defendants do

not have standing to oppose the appointment of Savorelli as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1138 (C.D. Cal. 1999).

DATED:  April 21, 2025

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**
By:  */s Charles H. Linehan*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  clinehan@glancylaw.com

*Counsel for Plaintiff Manuel Savorelli and Proposed Lead Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 21, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 21, 2025, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan