# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC., et al.,<br><br>Defendants. | Case No. 2:25-cv-01396-CAS-DFM<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF MANUEL SAVORELLI FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date:    May 19, 2025<br>Time:    10:00 a.m.<br>Crtrm.:  8D<br>Judge:   Hon. Christina A. Snyder |
| MANUEL SAVORELLI,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC.,  et al.,<br><br>Defendants. | Case No. 2:25-cv-01915-CAS-DFM |
| NEW ENGLAND TEAMSTERS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC.,  et al.,<br><br>Defendants. | Case No. 2:25-cv-01936-CAS-DFM |

[PROPOSED] ORDER
1

Having considered the Motion of Manuel Savorelli for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is GRANTED.

2.     The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re The Trade Desk, Inc. Securities Litigation*, Master File No. 2:25-cv-01396-CAS-DFM.

3.     The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Manuel Savorelli as Lead Plaintiff.

4.     Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

**SO ORDERED.**

Dated: _____, 2025

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE