Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead*
*Plaintiff and for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO.8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE TRADE DESK, INC., JEFFREY TERRY GREEN, and LAURA SCHENKEIN,<br><br>        Defendants. | Case No. 2:25-cv-01396-CAS-DFM<br><br>**NOTICE OF MOTION OF JAMES WILLIAMS TO CONSOLIDATE RELATED ACTIONS, FOR APPPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Christina A. Snyder<br>HEARING: May 19, 2025<br>TIME: 10:00 a.m.<br>CTRM: #8D |

[Additional captions on next page]

NOTICE OF MOTION OF JAMES WILLIAMS TO CONSOLIDATE RELATED ACTIONS,  FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:25-cv-01396-CAS-DFM

| MANUEL SAVORELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC., JEFF T. GREEN, and LAURA SCHENKEIN,<br><br>Defendants. | Case No. 2:25-cv-01915-CAS-DFM<br><br>CLASS ACTION<br><br>JUDGE: Christina A. Snyder |
|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC., JEFFREY T. GREEN, LAURA SCHENKEIN, and SAMANTHA JACOBSON,<br><br>Defendants. | Case No. 2:25-cv-01936-CAS-DFM<br><br>CLASS ACTION<br><br>JUDGE: Christina A. Snyder |

PLEASE TAKE NOTICE that on May 19, 2025, at 10:00 a.m. before the Honorable Christina A. Snyder situated at the First Street U.S. Courthouse, 350 West 1st Street, Courtroom 8D, Los Angeles, California, Movant James Williams ("Movant"), will and does move this Court for an order granting his Motion: (1)

2

consolidating the related actions; (2) for appointment of Movant as Lead Plaintiff of the Class; and (3) for approval of Movant's selection of The Rosen Law Firm, P.A. ("Rosen Law") as Lead Counsel for Plaintiffs and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Federal Rule of Civil Procedure 42(a), on the grounds that: (1) the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy; (2) Movant should be appointed as Lead Plaintiff for the class of all purchasers of The Trade Desk, Inc. ("Trade Desk" or the "Company") Class A common stock between May 9, 2024 and February 12, 2025, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) Movant's selection of Rosen Law as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen, and a Proposed Order.

Local Rule 7-3 requires a meet and confer of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff

3

procedure, however, Movant does not yet know which other persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of L.R. 7-3 be waived.

Dated: April 21, 2025                    Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         /s/ Laurence Rosen
                                         Laurence M. Rosen, Esq. (SBN 219683)
                                         355 South Grand Avenue, Suite 2450
                                         Los Angeles, CA 90071
                                         Telephone: (213) 785-2610
                                         Facsimile: (213) 226-4684
                                         Email: lrosen@rosenlegal.com

                                         *[Proposed] Lead Counsel for Lead Plaintiff and for the Class*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On April 21, 2025, I electronically filed the following **MOTION OF JAMES WILLIAMS TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 21, 2025.

/s/ Laurence Rosen
Laurence M. Rosen

NOTICE OF MOTION OF JAMES WILLIAMS TO CONSOLIDATE RELATED ACTIONS,  FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:25-cv-01396-CAS-DFM