Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Manuel Savorelli*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC., et al.,<br><br>Defendants. | Case No. 2:25-cv-01396-CAS-DFM<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF MANUEL SAVORELLI FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date:    May 19, 2025<br>Time:    10:00 a.m.<br>Crtrm.:  8D<br>Judge:   Hon. Christina A. Snyder |
| MANUEL SAVORELLI,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC.,  et al.,<br><br>Defendants. | Case No. 2:25-cv-01915-CAS-DFM |
| NEW ENGLAND TEAMSTERS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC.,  et al.,<br><br>Defendants. | Case No. 2:25-cv-01936-CAS-DFM |

I, Charles H. Linehan, declare as follows:

1.    I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Plaintiff and Lead Plaintiff Movant Manuel Savorelli ("Savorelli"), and proposed Lead Counsel for the class in the above-captioned actions. I make this declaration in support of the Motion of Savorelli for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Notice published in *Globe Newswire* on February 19, 2025, announcing the pendency of the first-filed securities class action against the Defendants herein;

Exhibit B:   Analysis of Savorelli's financial interest; and

Exhibit C:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of April 2025, at Los Angeles, California.

s/ Charles H. Linehan
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
1

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 21, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 21, 2025, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan