# Exhibit 1

Exhibit 1

5

 **SAXENA WHITE**     **Saxena White P.A. Files Securities Fraud Class Action A...**        ≡

 SAXENA WHITE

# Saxena White P.A. Files Securities Fraud Class Action Against The Trade Desk, Inc. and Certain of Its Executives

February 19, 2025 22:03 ET        | Source: **Saxena White P.A.**        **Follow**

**Share**









BOCA RATON, Fla., Feb. 19, 2025 (GLOBE NEWSWIRE) -- Saxena White P.A. has filed a securities fraud class action lawsuit (the "Class Action") in the United States District Court for the Central District of California against The Trade Desk, Inc. ("Trade Desk" or the "Company") (NASDAQ: TTD) and certain of its executive officers (collectively, "Defendants"). The Class Action asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder on behalf of all persons or entities that purchased Trade Desk Class A common stock between May 9, 2024 and February 12, 2025, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Saxena White is captioned *United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund v. Trade Desk, Inc., et al.*, No. 25-cv-1396 (C.D. Cal.).

Based in Ventura, California, Trade Desk provides global technology services, offering a self-service, cloud-based, ad-buying platform that allows marketers to plan, manage, optimize, and measure data-driven ad campaigns. Trade Desk's Class A common stock is listed and traded on the Nasdaq Global Select Market (NASDAQ) under the ticker symbol "TTD."

## Company Profile

Saxena White P.A.

Industry:
Specialized Consumer Services

Website:
https://saxenawhite.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript



## Saxena White P.A. Files Securities Fraud Class Action A...

forecasting tool that enables users to more effectively deploy advertising spending. In a press release announcing the Kokai launch, Trade Desk described Kokai as a "co-pilot to the programmatic marketer" that digests over 13 million advertising impressions every second, helping "advertisers buy the right ad impressions, at the right price, to reach the target audience at the best time."

Immediately after the Kokai launch, Trade Desk began rolling out Kokai (the "Kokai Rollout") which included transitioning clients to Kokai from the Company's older ad-buying platform Solimar. Trade Desk described the Kokai Rollout as the "largest platform overhaul" in the Company's history, while estimating that the Kokai Rollout "would take about a year to roll out in its entirety" from the June 2023 launch. Throughout the Class Period, Defendants continuously touted the value that the Kokai Rollout was providing to its clients, as well as Kokai's positive impact on the Company's revenue growth metrics.

The Class Action alleges that, during the Class Period, the Defendants made materially false and misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects, including that: (1) Trade Desk was experiencing significant, ongoing, self-inflicted execution challenges rolling out Kokai, including transitioning clients to Kokai from the Company's older platform Solimar; (2) such execution challenges meaningfully delayed the Kokai Rollout; (3) Trade Desk's inability to effectively execute the Kokai Rollout negatively impacted the Company's business and operations, particularly revenue growth; and (4) as a result of the above, Defendants' positive statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

The truth emerged after markets closed on February 12, 2025, when Trade Desk issued a press release reporting fourth quarter 2024 revenue of $741 million—below the Company's previously issued guidance of $756 million and analysts' estimates of $759.8 million. On an earnings call held the same

Exhibit 1

2 systems, Solimar and Kokai." The CEO further conceded that "Kokai rolled out slower than anticipated," but also "in some cases, the slower Kokai rollout was deliberate." On this news, the price of Trade Desk Class A common stock dropped $40.31 per share, or more than 32%, from a closing price of $122.23 per share on February 12, 2025, to a closing price of $81.92 per share on February 13, 2025.

If you purchased Trade Desk Class A common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff. If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Central District of California no later than April 21, 2025. The lead plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

You may contact Marco A. Dueñas (mduenas@saxenawhite.com), a Senior Attorney at Saxena White P.A., to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You also may retain counsel of your choice to represent you in the Class Action. You may obtain a copy of the Complaint and inquire about actively joining the Class Action at www.saxenawhite.com.

Saxena White P.A., with offices in Florida, New York, California, and Delaware, is a leading national law firm focused on prosecuting securities class actions and other complex litigation on behalf of injured investors. Currently serving as lead counsel in numerous securities class actions nationwide, Saxena White has recovered billions of dollars on behalf of injured investors.

CONTACT INFORMATION

Marco A. Dueñas, Esq.

mduenas@saxenawhite.com

Saxena White P.A.

Exhibit 1
8

 **SAXENA WHITE**

**Saxena White P.A. Files Securities Fraud Class Action A...**



Tel.: (914) 437-8551

Fax: (888) 631-3611

www.saxenawhite.com

---

**Tags**

Class Action

# Recommended Reading

December 11, 2024 17:32 ET

Source:  Saxena White P.A.

**UPDATING and REPLACING: Saxena White P.A. Files Securities Fraud Class Action Against Acadia Healthcare Company, Inc. and Certain of Its...**

BOCA RATON, Fla., Dec. 11, 2024 (GLOBE NEWSWIRE) -- Saxena White P.A. issues this notice to update and replace a prior press release issued by Saxena White on December 11, 2024. Plaintiff City of...

**SAXENA WHITE**

December 11, 2024 12:43 ET

Source:  Saxena White P.A.

**Saxena White P.A. Files Securities Fraud Class Action Against Acadia Healthcare Company, Inc. and Certain of Its Executives, Expanding the...**

BOCA RATON, Fla., Dec. 11, 2024 (GLOBE NEWSWIRE) -- Saxena White P.A. has filed a securities fraud class action lawsuit (the "Class Action") in the United States District Court for the Middle...

**SAXENA WHITE**

# Explore

Exhibit 1
9

2/20/25, 3:12 PM    Saxena White P.A. Files Securities Fraud Class Action ...

Case 2:25-cv-01396-CAS-DFM    Document 35-1    Filed 04/21/25    Page 6 of 6    Page ID #:284



SAXENA WHITE    **Saxena White P.A. Files Securities Fraud Class Action A...**    ≡



## [Bounce Genie Expands Services: Now Offering Party ...](#)

February 20, 2025 15:05 ET



## [Robbins LLP Reminds EIX Investors with Large Losse...](#)

February 20, 2025 14:53 ET

● ○ ○ ○ ○



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:    in

### Global News

· English

· Français

· Deutsch

### Newswire Distribution Network & Management

· Home

· Newsroom

· RSS Feeds

· Notified

· Legal

· Contact us

· Resources

Exhibit 1
10