# Exhibit 3

Exhibit 3
15

**The Trade Desk, Inc.**
**Class Period: May 9, 2024 through February 12, 2025**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 60.2545652 |
| James Williams | 11/20/2024 | Buy to open 10 TTD 3/21/25 120 P | ($8.94) | ($8,940.00) | 11/20/2024 | Sell to open 10 TDD 11/22/24 126 P | $2.33 | $2,330.00 | | | | |
| | 11/22/2024 | Buy to close 10 TDD 11/22/24 126 P | ($0.03) | ($30.00) | 11/22/2024 | Sell to open 10 TDD 11/29/24 129 P | $1.94 | $1,940.00 | | | | |
| | 11/29/2024 | Buy to close 10 TDD 11/29/24 129 P | ($0.65) | ($650.00) | 11/29/2024 | Sell to open 10 TDD 12/6/24 130 P | $2.82 | $2,820.00 | | | | |
| | 12/6/2024 | Buy to open 10 TDD 3/21/25 125 P | ($6.09) | ($6,090.00) | 12/6/2024 | Sell to open 10 TDD 12/13/24 140 P | $3.40 | $3,400.00 | | | | |
| | 12/6/2024 | Buy to close 10 TDD 12/6/24 130 P | ($0.01) | ($10.00) | 12/6/2024 | Sell to close 10 TDD 3/21/25 120 P | $4.59 | $4,590.00 | | | | |
| | 12/13/2024 | Assigned 10 TDD 12/13/24 140 P | $0.00 | $0.00 | 12/13/2024 | Sell to open 10 TDD 12/20/24 135 P | $3.60 | $3,600.00 | | | | |
| | 12/13/2024 | 1,000.00 | ($140.00) | ($140,000.00) | 12/13/2024 | 1,000.00 | $132.00 | $132,000.00 | | | | |
| | 12/20/2024 | Assigned 10 TDD 12/20/24 135 P | $0.00 | $0.00 | | | $11.15 | $11,150.00 | | | | |
| | 12/20/2024 | 1,000.00 | ($135.00) | ($135,000.00) | 12/20/2024 | Sell to close 10 TDD 3/21/25 125 P | | | | | | |
| | 12/20/2024 | Buy to open 10 TDD 1/24/25 120 P | ($3.70) | ($3,700.00) | 1/14/2025 | Sell to close 10 TDD 1/24/25 120 P | $3.81 | $3,810.00 | | | | |
| | | | | | | | $0.48 | $480.00 | | | | |
| | 1/14/2025 | Buy to open 10 TDD 4/17/25 110 P | ($6.71) | ($6,710.00) | 1/22/2025 | Sell to open 10 TDD 1/24/25 126 C | $0.62 | $620.00 | | | | |
| | 1/22/2025 | Buy to close 10 TDD 1/24/25 126 C | ($0.14) | ($140.00) | 1/22/2025 | Sell to open 10 TDD 1/24/25 123 C | | | | | | |
| | | | | | 1/23/2025 | Sell to open 10 TDD 1/24/25 120 C | $0.58 | $580.00 | | | | |
| | 1/23/2025 | Buy to close 10 TDD 1/24/25 123 C | ($0.10) | ($100.00) | 1/30/2025 | Sell to open 2 TDD 1/31/25 121 C | $1.22 | $244.00 | | | | |
| | 1/24/2025 | Buy to close 10 TDD 1/24/25 120 C | ($0.6000) | ($600.00) | 2/11/2025 | Sell to close 10 TDD 4/17/25 110 P | $5.02 | $5,020.00 | | | | |
| | 1/31/2025 | Buy to close 2 TDD 1/31/25 121 C | ($0.0200) | ($4.00) | 2/13/2025 | Sell to close 10 TDD 3/21/25 120 P | $36.00 | $36,000.00 | | | | |
| | 2/11/2025 | Buy to open 10 TDD 3/21/25 120 P | ($8.2200) | ($8,220.00) | | | | | | | | |
| | | 2,000.00 | | ($310,194.00) | | 1,000 | | $208,584.00 | 1,000 | $60,254.57 | ($41,355.43) | |

Exhibit 3

16