**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3481

*Counsel for Proposed Lead Plaintiff Public Employees' Retirement System of Mississippi, and Proposed Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Laura H. Posner
(lposner@cohenmilstein.com)
Alexandra Gray
(agray@cohenmilstein.com)
88 Pine Street, 14th Floor
New York, NY 10005
Tel.: (212) 838-7797

*Counsel for Proposed Lead Plaintiff Arkansas Public Employees' Retirement System, and Proposed Lead Counsel for the Class*

[Additional counsel in signature block]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC., JEFFREY TERRY GREEN, and LAURA SCHENKEIN,<br><br>Defendants. | Case No.: 2:25-cv-01396-CAS-DFM<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION OF ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM AND PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**<br><br>Date: May 19, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8D, 8th Floor<br>Judge: Hon. Christina A. Snyder |

***Captions continued on next page.***

NOTICE OF MOTION
Case. No. 2:25-cv-01396-CAS-DFM

| | |
|---|---|
| MANUEL SAVORELLI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC., JEFF T. GREEN, and LAURA SCHENKEIN,<br><br>Defendants. | Case No.: 2:25-cv-01915-CAS-DFM<br><br><u>CLASS ACTION</u> |
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC., JEFFREY T. GREEN, LAURA SCHENKEIN, and SAMANTHA JACOBSON,<br><br>Defendants. | Case No.: 2:25-cv-01936-CAS-DFM<br><br><u>CLASS ACTION</u> |

NOTICE OF MOTION
Case. No. 2:25-cv-01396-CAS-DFM

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on May 19, 2025 at 10:00 a.m., before the Honorable Christina A. Snyder, U.S. Courthouse, 350 West First Street, Courtroom 8D, Los Angeles, California, or on a date and time set by the Court, Arkansas Public Employees' Retirement System ("Arkansas") and Public Employees' Retirement System of Mississippi ("Mississippi") will respectfully move this Court, under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for entry of an order: (i) appointing Arkansas and Mississippi as Lead Plaintiff; (ii) approving Arkansas' and Mississippi's selection of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the proposed Class; (iii) consolidating the above-captioned securities class actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"); and (iv) granting such other and further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Arkansas and Mississippi—two statewide public pension funds collectively overseeing more than $43 billion in assets— are the "most adequate plaintiff" under the PSLRA and are therefore entitled to be appointed as Lead Plaintiff. Specifically, Arkansas and Mississippi believe that they have the "largest financial interest" in the relief sought by the proposed Class in this action by virtue of, among other things, the substantial losses that they incurred on their investments in the common stock of The Trade Desk, Inc. between May 9, 2024, and

---

[1] This Motion has been filed pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA, which provides that within 60 days after publication of the required notice, any member of the proposed Class may apply to the Court to be appointed as Lead Plaintiff. Consequently, counsel for Arkansas and Mississippi will not know which other Class members, if any, will seek appointment as Lead Plaintiff until after motions are filed on April 21, 2025. As a result, proposed Lead Counsel have been unable to confer with opposing counsel as prescribed in Local Rule 7-3, and respectfully request that this requirement be waived for this Motion.

NOTICE OF MOTION
Case No. 2:25-cv-01396-CAS-DFM                    1

February 12, 2025, inclusive. Arkansas and Mississippi also satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class. Moreover, Arkansas and Mississippi are a paradigmatic Lead Plaintiff under the PSLRA because they are a partnership of sophisticated institutional investors with a substantial financial stake in the litigation and the proven ability to effectively monitor and supervise counsel.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Jonathan D. Uslaner filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Arkansas and Mississippi respectfully request that the Court enter an order: (i) appointing Arkansas and Mississippi as Lead Plaintiff in the Related Actions pursuant to the PSLRA; (ii) approving their selection of Cohen Milstein and Bernstein Litowitz to serve as Lead Counsel for the Class; (iii) consolidating the Related Actions pursuant to Rule 42(a); and (iv) granting any such further relief as the Court may deem just and proper

Dated:  April 21, 2025

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By:  */s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3481

-and-

Hannah Ross
(hannah@blbglaw.com)
Avi Josefson
(avi@blbglaw.com)
Scott R. Foglietta
(scott.foglietta@blbglaw.com)

NOTICE OF MOTION
Case No. 2:25-cv-01396-CAS-DFM

2

1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400

*Counsel for Proposed Lead Plaintiff Public Employees' Retirement System of Mississippi, and Proposed Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Laura H. Posner
(lposner@cohenmilstein.com)
Alexandra Gray
(agray@cohenmilstein.com)
88 Pine St., 14th Floor
New York, NY 10005
Tel.: (212) 838-7797

-and-

Steven J. Toll
(stoll@cohenmilstein.com)
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
Tel.: (202) 408-4600

*Counsel for Proposed Lead Plaintiff Arkansas Public Employees' Retirement System, and Proposed Lead Counsel for the Class*

NOTICE OF MOTION
Case No. 2:25-cv-01396-CAS-DFM                    3