**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3481

*Counsel for Proposed Lead Plaintiff Public
Employees' Retirement System of Mississippi,
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       v.<br><br>THE TRADE DESK, INC., JEFFREY TERRY GREEN, and LAURA SCHENKEIN,<br><br>              Defendants. | Case No.: 2:25-cv-01396-CAS-DFM<br><br>CLASS ACTION<br><br>**DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF THE MOTION OF ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM AND PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**<br><br>Date: May 19, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8D, 8th Floor<br>Judge: Hon. Christina A. Snyder |

*Captions continued on next page.*

DECLARATION OF JONATHAN D. USLANER
Case. No. 2:25-cv-01396-CAS-DFM

| MANUEL SAVORELLI, Individually and On Behalf of All Others Similarly Situated, | Case No.: 2:25-cv-01915-CAS-DFM |
| --- | --- |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| THE TRADE DESK, INC., JEFF T. GREEN, and LAURA SCHENKEIN, | |
| Defendants. | |

| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | Case No.: 2:25-cv-01936-CAS-DFM |
| --- | --- |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| THE TRADE DESK, INC., JEFFREY T. GREEN, LAURA SCHENKEIN, and SAMANTHA JACOBSON, | |
| Defendants. | |

DECLARATION OF JONATHAN D. USLANER
Case. No. 2:25-cv-01396-CAS-DFM

I, Jonathan D. Uslaner, declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), proposed Lead Counsel for the Class. I submit this Declaration in support of the Motion of Arkansas Public Employees' Retirement System ("Arkansas") and Public Employees' Retirement System of Mississippi ("Mississippi"), under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an order: (i) appointing Arkansas and Mississippi as Lead Plaintiff; (ii) approving Arkansas' and Mississippi's selection of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and Bernstein Litowitz as Lead Counsel for the proposed Class; (iii) consolidating the above-captioned securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (iv) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through G are true and correct copies of the following documents:

EXHIBIT A:   Sworn Certifications of Arkansas and Mississippi;

EXHIBIT B:   Charts of transactions and losses of Arkansas and Mississippi;

EXHIBIT C:   Joint Declaration of Amy Fecher and Laken H. Ryals in Support of the Motion of Arkansas Public Employees' Retirement System and Public Employees' Retirement System of Mississippi for Appointment as Lead Plaintiff, Approval of Their Selection of Lead Counsel, and Consolidation of Related Actions;

EXHIBIT D:   Notice of pendency of *United Union of Roofers, Waterproofers & Allied Workers Loc. Union No. 8 WBPA Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01396-CAS-DFM (C.D. Cal.), published on February 19, 2025;

1

EXHIBIT E:   Order Appointing the Institutional Investors as Lead Plaintiff and Approving Lead Counsel, *In re Silvergate Capital Corporation Securities Litigation*, No. 3:22-cv-01936-JES-MSB (S.D. Cal. Feb. 28, 2023);

EXHIBIT F:   Firm résumé of Cohen Milstein; and

EXHIBIT G:   Firm résumé of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of April, 2025.

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner

DECLARATION OF JONATHAN D. USLANER
Case. No. 2:25-cv-01396-CAS-DFM