# EXHIBIT A

**CERTIFICATION OF AMY FECHER IN SUPPORT OF ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL**

Arkansas Public Employees' Retirement System ("APERS") declares as to the claims asserted under the federal securities laws, that:

1.  I, Amy Fecher, Executive Director at APERS, am authorized to make legal decisions on behalf of APERS with regard to this action.

2.  APERS did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3.  APERS is willing to serve as a representative party on behalf of the Class (as defined in the Complaints), including providing testimony at deposition and trial, if necessary.

4.  During the Class Period (as defined in the Complaints), APERS purchased and/or sold the securities that are the subject of the Complaints as set forth on the attached Schedule A.

5.  APERS has full power and authority to bring suit to recover for its investment losses.

6.  APERS has fully reviewed the facts and allegations of the Complaints filed in this action.

7.  APERS has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

8.  APERS intends to actively monitor and vigorously pursue this action for the benefit of the Class.

9.  APERS will strive to provide fair and adequate representation and work directly with Class counsel to obtain the largest recovery for the Class consistent with good faith and meritorious judgment.

10. APERS was appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

    a.  *In re Five Below, Inc. Securities Litigation*, No. 2:24-cv-03638 (E.D. Pa.)

    b.  *In re Seagate Technology Holdings plc Securities Litigation*, No. 3:23-cv-03431 (N.D. Cal.)

11. APERS has not otherwise sought to serve (but was not appointed or not yet appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

12.    APERS will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 21st day of April, 2025.

**Arkansas Public Employees'
Retirement System**

By: _____
Amy Fecher
Executive Director

**SCHEDULE A**

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 5/16/2024 | Purchase | 14,547 | 94.14 |
| 6/12/2024 | Purchase | 4,754 | 97.34 |
| 7/19/2024 | Purchase | 2,524 | 96.61 |
| 7/30/2024 | Purchase | 1,799 | 89.82 |
| 8/5/2024 | Purchase | 5,165 | 81.62 |
| 8/8/2024 | Purchase | 7,713 | 88.11 |
| 8/9/2024 | Purchase | 9,121 | 93.81 |
| 10/30/2024 | Purchase | 4,061 | 122.76 |
| 11/11/2024 | Purchase | 96,070 | 128.74 |
| 11/15/2024 | Purchase | 12,050 | 118.74 |
| 11/22/2024 | Purchase | 3,480 | 128.70 |
| 11/22/2024 | Purchase | 27,560 | 128.70 |
| 12/3/2024 | Purchase | 3,840 | 137.25 |
| 12/3/2024 | Purchase | 30,520 | 137.25 |
| 1/7/2025 | Purchase | 4,001 | 120.58 |

Prices listed are rounded to two decimal places.

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Laken H. Ryals, on behalf of the Public Employees' Retirement System of Mississippi ("Mississippi"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi. I am fully authorized to enter into and execute this Certification on behalf of Mississippi. I have reviewed a complaint filed in this matter. Mississippi has authorized the filing of this motion for appointment as lead plaintiff.

2. Mississippi did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Mississippi is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. Mississippi fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4. Mississippi's transactions in The Trade Desk, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Mississippi has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*City of Warwick Retirement System v. Catalent, Inc.*, No. 23-cv-1108 (D.N.J.)
*In re Seagate Technology Holdings plc Securities Litigation*,
No. 23-cv-3431 (N.D. Cal.)

6. Mississippi is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Averza v. Super Micro Computer, Inc.*, No. 24-cv-6147 (N.D. Cal.)[1]
*Shing v. ICON plc*, No. 25-cv-763 (E.D.N.Y.)

---

[1] On November 12, 2024, Mississippi filed a notice of non-opposition to the competing motions for appointment as lead plaintiff. Those motions are pending.

7. Mississippi has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*Cupat v. Palantir Technologies Inc.*, No. 22-cv-2384 (D. Colo.)
*Collinsville Police Pension Board on Behalf of the Collinsville Police Pension Fund v. Discovery, Inc.*, No. 22-cv-8171 (S.D.N.Y.)
*Schaeffer v. Signature Bank*, No. 23-cv-1921 (E.D.N.Y.)
*Kempen International Funds (Kempen International Funds - MercLin Global Equity) v. Syneos Health, Inc.*, No. 23-cv-8848 (S.D.N.Y.)
*In re Agilon Health, Inc. Securities Litigation*, No. 24-cv-297 (W.D. Tex.)
*In re Crowdstrike Holdings, Inc. Securities Litigation*, No. 24-cv-857 (W.D. Tex.)

8. Mississippi will not accept any payment for serving as a representative party on behalf of the class beyond Mississippi's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of April, 2025.

Laken H. Ryals
*Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi on behalf of the Public Employees' Retirement System of Mississippi*

**Public Employees' Retirement System of Mississippi**
**Transactions in The Trade Desk, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 5/22/2024 | 6,457 | 95.1698 |
| Purchase | 7/17/2024 | 1,462 | 95.4658 |
| Purchase | 7/31/2024 | 8,637 | 90.0504 |
| Purchase | 8/29/2024 | 2,109 | 104.1655 |
| Purchase | 10/11/2024 | 7,582 | 117.1920 |
| Purchase | 10/25/2024 | 29,839 | 119.4349 |
| Purchase | 11/12/2024 | 42,749 | 131.1627 |