# EXHIBIT B

**Arkansas Public Employees' Retirement System**

LIFO Loss in The Trade Desk, Inc. (TTD)

Class Period: 05/09/24 - 02/12/25

CUSIP: 88339J105

Retained share price: $60.5349 (02/13/25 - 04/17/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | 0 | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 5/16/2024 | 14,547 | 94.1397 | $1,369,450.22 | | | | | |
| Purchase | 6/12/2024 | 4,754 | 97.3444 | $462,775.28 | | | | | |
| Purchase | 7/19/2024 | 2,524 | 96.6063 | $243,834.30 | | | | | |
| Purchase | 7/30/2024 | 1,799 | 89.8200 | $161,586.18 | | | | | |
| Purchase | 8/5/2024 | 5,165 | 81.6217 | $421,576.08 | | | | | |
| Purchase | 8/8/2024 | 7,713 | 88.1137 | $679,620.97 | | | | | |
| Purchase | 8/9/2024 | 9,121 | 93.8143 | $855,680.22 | Sale* | 2/13/2025 | (7,110) | 82.0554 | ($583,413.89) |
| Purchase | 10/30/2024 | 4,061 | 122.7573 | $498,517.40 | Sale* | 2/13/2025 | (56,630) | 82.0554 | ($4,646,797.25) |
| Purchase | 11/11/2024 | 96,070 | 128.7435 | $12,368,388.05 | Sale* | 2/21/2025 | (6,010) | 77.7750 | ($467,427.75) |
| Purchase | 11/15/2024 | 12,050 | 118.7415 | $1,430,835.08 | Sale* | 2/21/2025 | (47,840) | 77.7750 | ($3,720,756.00) |
| Purchase | 11/22/2024 | 3,480 | 128.7026 | $447,885.05 | Sale* | 3/26/2025 | (13,209) | 65.7293 | ($868,218.46) |
| Purchase | 11/22/2024 | 27,560 | 128.7026 | $3,547,043.66 | Sale* | 3/26/2025 | (27,088) | 65.7293 | ($1,780,475.56) |
| Purchase | 12/3/2024 | 3,840 | 137.2481 | $527,032.70 | Sale* | 3/26/2025 | (13,298) | 65.7293 | ($874,068.37) |
| Purchase | 12/3/2024 | 30,520 | 137.2481 | $4,188,811.98 | Sale* | 4/3/2025 | (5,070) | 63.8989 | ($323,967.21) |
| Purchase | 1/7/2025 | 4,001 | 120.5824 | $482,450.18 | Sale* | 4/3/2025 | (50,950) | 63.8989 | ($3,255,646.77) |
| | | 227,205 | | $27,685,487.32 | | | (227,205) | | ($16,520,771.25) |

**Loss   ($11,164,716.07)**

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Public Employees' Retirement System of Mississippi**
LIFO Loss in The Trade Desk, Inc. (TTD)
Class Period: 05/09/24 - 02/12/25
CUSIP: 88339J105
Retained share price: $60.5349 (02/13/25 - 04/17/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | 0 | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 5/22/2024 | 6,457 | 95.1698 | $614,511.40 | | | | | |
| Purchase | 7/17/2024 | 1,462 | 95.4658 | $139,571.00 | | | | | |
| Purchase | 7/31/2024 | 8,637 | 90.0504 | $777,765.30 | | | | | |
| Purchase | 8/29/2024 | 2,109 | 104.1655 | $219,685.04 | | | | | |
| Purchase | 10/11/2024 | 7,582 | 117.1920 | $888,549.74 | Sale* | 2/28/2025 | (31,994) | 75.4609 | ($2,414,296.33) |
| Purchase | 10/25/2024 | 29,839 | 119.4349 | $3,563,817.95 | | | | | |
| Purchase | 11/12/2024 | 42,749 | 131.1627 | $5,607,074.22 | Retained | | (66,841) | 60.5349 | ($4,046,212.51) |
| | | 98,835 | | $11,810,974.64 | | | (98,835) | | ($6,460,508.83) |

|  |  |
|---|---|
| **Loss** | **($5,350,465.81)** |

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*