# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated, | Case No.: 2:25-cv-01396-CAS-DFM |
| | <u>CLASS ACTION</u> |
| Plaintiff, | **JOINT DECLARATION OF AMY FECHER AND LAKEN H. RYALS IN SUPPORT OF THE MOTION OF ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM AND PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS** |
| v. | |
| THE TRADE DESK, INC., JEFFREY TERRY GREEN and LAURA SCHENKEIN, | |
| Defendants. | |

*Captions continued on next page.*

JOINT DECLARATION
Case No. 2:25-cv-01396-CAS-DFM

MANUEL SAVORELLI, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

THE TRADE DESK, INC., JEFF T. GREEN, and LAURA SCHENKEIN,

Defendants.

Case No.: 2:25-cv-01915-CAS-DFM

CLASS ACTION

NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

THE TRADE DESK, INC., JEFFREY T. GREEN, LAURA SCHENKEIN, and SAMANTHA JACOBSON

Defendants.

Case No.: 2:25-cv-01936-CAS-DFM

CLASS ACTION

JOINT DECLARATION
Case No. 2:25-cv-01396-CAS-DFM

Docusign Envelope ID: 523DF9B7-6A53-4137-B937-A1DB7A439D7D

We, Amy Fecher and Laken H. Ryals, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the motion of Arkansas Public Employees' Retirement System ("Arkansas") and Public Employees' Retirement System of Mississippi ("Mississippi") for appointment as Lead Plaintiff and approval of their selection of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel in the above-captioned securities class actions (the "Related Actions") against The Trade Desk Inc. ("Trade Desk") and certain of its senior executives (collectively, "Defendants").

2.      I, Amy Fecher, am the Executive Director of Arkansas and am authorized to make this declaration on its behalf.  I have personal knowledge about the information in this Joint Declaration relating to Arkansas.  Arkansas was established in 1957 for the purpose of providing retirement benefits for qualified employees of the State of Arkansas, and subsequently expanded to include the employees of counties, municipalities, and other political subdivisions.  Arkansas manages over $10 billion in assets for the benefit of its approximately 84,000 active and retired members.  As reflected in its Certification, Arkansas purchased Trade Desk common stock during the Class Period and suffered substantial losses as a result of the alleged violations of the federal securities laws.

3.      Arkansas is a sophisticated institutional investor that understands and accepts the responsibilities and fiduciary obligations that it will assume under the Private Securities Litigation Reform Act of 1995 (the "PSLRA") if appointed as Lead Plaintiff.  Arkansas is thoroughly familiar with the duties and responsibilities of a lead plaintiff under the PSLRA, having served as a lead plaintiff in other securities class actions, which recovered hundreds of millions of dollars for investors.  *See, e.g., In re Brocade Sec. Litig.*, No. 05-cv-2042 (N.D. Cal.) ($160 million recovery with Arkansas serving as lead plaintiff and co-class representative with another institutional investor);

JOINT DECLARATION
Case No. 2:25-cv-01396-CAS-DFM

*Baker v. SeaWorld Ent., Inc.*, No. 14-cv-2129 (S.D. Cal.) ($65 million recovery with Arkansas serving as co-lead plaintiff with another institutional investor); *Hughes v. Huron Consulting Grp., Inc.*, No. 09-cv-4734 (N.D. Ill.) ($38 million recovery with Arkansas serving as co-lead plaintiff with four other institutional investors, and Cohen Milstein and Bernstein Litowitz serving as co-lead counsel); *In re Bancorp, Inc. Sec. Litig.*, No. 14-cv-952 (D. Del.) ($17.5 million recovery with Arkansas serving as co-lead plaintiff with another institutional investor, and Bernstein Litowitz serving as co-lead counsel); *Schwartz v. Opus Bank*, No. 16-cv-7991 (C.D. Cal.) ($17 million recovery with Arkansas serving as lead plaintiff, and Cohen Milstein serving as lead counsel). Arkansas is currently serving as lead plaintiff along with another institutional investor in *In re Five Below, Inc. Securities Litigation*, No. 24-cv-3638 (E.D. Pa.), with Bernstein Litowitz serving as co-lead counsel.

4. Accordingly, Arkansas has significant experience serving as a fiduciary and in selecting, hiring, and overseeing the activities of outside counsel in complex litigation. Arkansas has a dedicated staff of professionals, including in-house legal staff, who will ensure the effective oversight of counsel and this litigation. These personnel are highly experienced in conducting and supervising complex litigation and have repeatedly demonstrated their ability to oversee counsel and successfully prosecute securities class actions under the PSLRA. Representatives of Arkansas and have been deposed in shareholder litigation led by Arkansas, and Arkansas has been certified as a class representative in a number of PSLRA cases. Arkansas' experience overseeing class actions under the federal securities laws will provide a significant benefit to the Class.

5. I, Laken H. Ryals, am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi (the "OAG") and am authorized to make this declaration on Mississippi's behalf. I have personal knowledge about the information in this Joint Declaration relating to Mississippi. Mississippi is responsible for, among other things, paying retirement benefits to employees of the State of

JOINT DECLARATION
Case No. 2:25-cv-01396-CAS-DFM          2

Mississippi, including current and retired employees of the state's public school districts, municipalities, counties, community colleges, state universities, libraries, and water districts. Mississippi provides benefits to over 75,000 retirees, manages over $33 billion in assets for its beneficiaries, including more than 250,000 current public employees. As reflected in its Certification, Mississippi purchased Trade Desk common stock during the Class Period and suffered substantial losses as a result of alleged violations of the federal securities laws.

6. Mississippi is a sophisticated institutional investor that understands and accepts the responsibilities and fiduciary obligations that it will assume under the PSLRA if appointed as Lead Plaintiff. Mississippi is thoroughly familiar with the duties and responsibilities of serving as a lead plaintiff under the PSLRA, informed by— among other things—Mississippi's successful prosecution of over 30 securities class actions since the passage of the PSLRA, which resulted in combined recoveries of over $4.3 billion for investors. *See, e.g.*, *In re Merck & Co. Sec., Derivative & "ERISA" Litig.*, No. 05-cv-1151 (D.N.J.) ($1.06 billion recovery with Mississippi serving as co-lead plaintiff with three other investors, and Bernstein Litowitz serving as co-lead counsel); *In re Wells Fargo & Co. Sec. Litig.*, No. 20-cv-4494 (S.D.N.Y.) ($1 billion recovery with Mississippi serving as co-lead plaintiff with three other institutional investors, and Cohen Milstein and Bernstein Litowitz serving as co-lead counsel); *In re Bear Stearns Mortg. Pass-Through Certificates Litig.*, No. 08-cv-8093 (S.D.N.Y.) ($500 million recovery with Mississippi serving as co-lead plaintiff with another institutional investor, and Cohen Milstein and Bernstein Litowitz serving as co-lead counsel); *In re Schering-Plough Corp./ENHANCE Sec. Litig.*, No. 08-cv-397 (D.N.J.) ($473 million recovery with Mississippi serving as co-lead plaintiff with three other institutional investors, and Bernstein Litowitz serving as co-lead counsel).

7. Accordingly, Mississippi has significant experience serving as a fiduciary and in selecting, hiring, and overseeing the activities of outside counsel in complex litigation. Mississippi also benefits from the resources and dedicated personnel of the

JOINT DECLARATION
Case No. 2:25-cv-01396-CAS-DFM                3

OAG.  These personnel are highly experienced in conducting and supervising complex litigation and have repeatedly demonstrated their ability to oversee counsel and successfully prosecute securities class actions under the PSLRA.  Representatives of Mississippi and the OAG have been deposed in shareholder litigation led by Mississippi, and Mississippi has been certified as a class representative in a number of PSLRA cases.  Mississippi's experience overseeing class actions under the federal securities laws will provide a significant benefit to the Class.

8.      Further, Arkansas and Mississippi have a relationship that predates this filing, including experience serving together as lead plaintiff in *In re Seagate Technology Holdings plc Securities Litigation*, No. 23-cv-3431 (N.D. Cal.), with Bernstein Litowitz serving as co-lead counsel.

9.      Arkansas and Mississippi are each highly motivated to recover the substantial losses they incurred as a result of Defendants' violations of the federal securities laws.  Arkansas and Mississippi believe that this case should be prosecuted by sophisticated institutional investors with significant resources, experience leading class actions under the PSLRA, and a financial interest substantial enough to ensure the claims are litigated vigorously, efficiently, and in the best interests of the Class.  Arkansas' and Mississippi's primary goal in this litigation is to maximize the Class's recovery from all potentially culpable parties.

10.      After learning of the complaints filed in the Related Actions, Arkansas and Mississippi each followed their own deliberative processes to determine whether to pursue a leadership position in this case, which included full consideration of the merits of the claims by decision-makers for each institution, as well as consideration of the substantial economic interest that Arkansas and Mississippi each have in this action.  Through those processes, Arkansas and Mississippi each independently determined that it would be in its and the Class's best interests to seek to jointly prosecute these important claims, and informed their counsel, Cohen Milstein and Bernstein Litowitz, of their decision.  Based on their prior experiences, and recognizing each other as a like-

JOINT DECLARATION
Case No. 2:25-cv-01396-CAS-DFM                    4

minded institutional investor that incurred a substantial loss on their investments in Trade Desk common stock, Arkansas and Mississippi each determined that serving as Lead Plaintiff together would allow them to maximize the recovery for all Class members, and approved the filing of their joint motion. Arkansas' and Mississippi's decision to jointly seek appointment as Lead Plaintiff was informed by their roles as fiduciaries and their shared goals and interests in protecting and maximizing pension fund assets.

11. If appointed as Lead Plaintiff, Arkansas and Mississippi intend to vigorously pursue the claims asserted in the Related Actions. As Lead Plaintiff, however, we intend—in accordance with the usual practice under the PSLRA—to file an amended complaint containing additional and more detailed allegations concerning the alleged fraud based on, among other things, our counsel's investigation, which is ongoing and of which we have instructed our counsel to keep us apprised. This includes additional claims against Defendants for insider trading, which Arkansas and Mississippi have standing to pursue, but were not asserted in the complaints filed in the Related Actions. Indeed, one of the reasons Arkansas and Mississippi decided to work together in this action is to ensure that the operative complaint filed in this action asserts the strongest possible allegations, asserts all available claims, and provides investors with the strongest opportunity to maximize their and the Class's recovery.

12. The decision to partner in seeking appointment as Lead Plaintiff was further informed by Arkansas' and Mississippi's prior experiences serving together, and as part of lead plaintiff groups, in securities class actions. Arkansas and Mississippi recognize the benefits to the Class that result from having a small group of sophisticated institutions cooperate in the prosecution of complex securities actions. Based upon those past experiences, Arkansas and Mississippi each determined that serving jointly as Lead Plaintiff would help to maximize the recovery for all Class members, and allow for the sharing of experiences, resources, and collaboration on litigation strategy.

JOINT DECLARATION
Case No. 2:25-cv-01396-CAS-DFM                    5

Docusign Envelope ID: 523BF9B7-6A53-4137-B937-A1DB7A439D7D

13.  Arkansas and Mississippi agree that their partnership is well suited for this litigation and will further the interests of the Class.  Indeed, Arkansas' and Mississippi's prior experiences working together and with other institutional investors in actions pursuant to the PSLRA demonstrate that a small, cohesive partnership of sophisticated fiduciaries informed by diverse perspectives has a positive effect on the quality of the representation provided to class members, especially in complex actions such as this one.  Arkansas and Mississippi are aware that the PSLRA expressly allows for the appointment of lead plaintiff groups, and courts throughout the country, including the Ninth Circuit, permit groups of investors to serve as lead plaintiff.  Based on their prior experiences serving together as lead plaintiff, as well as in cases where they each served alongside other institutional investors in securities class actions, Arkansas and Mississippi believe that their joint oversight of the action will benefit the Class by allowing them to share perspectives, experiences, and resources, and provide input on case strategy.  Arkansas and Mississippi intend to prosecute the action against Defendants in such a collaborative, efficient, and vigorous manner.

14.  Prior to seeking appointment as Lead Plaintiff, representatives from Arkansas and Mississippi participated in a conference call to discuss Arkansas' and Mississippi's commitment to jointly prosecute this litigation.  During the call, representatives of Arkansas and Mississippi discussed, among other things: the facts and the merits of the claims against Defendants; the losses arising from Defendants' misconduct; the strategy for the prosecution of this litigation; their shared desire to achieve the best possible result for the Class; their views on how to best represent investors in actions pursuant to the PSLRA and their prior experience under the PSLRA; their shared interest in serving jointly as Lead Plaintiff in this case in order to, among other things, ensure that the Class's claims will be efficiently and zealously prosecuted through their oversight of their proposed Lead Counsel, Cohen Milstein and Bernstein Litowitz; and the actions they have taken and will continue to take to ensure that this case will be prosecuted in the best interests of the Class.  The discussion between

representatives of Arkansas and Mississippi reinforced the shared belief that they each have a substantial financial stake in this litigation and share a commitment to holding Defendants accountable for their misconduct.

15. In furtherance of the partnership between Arkansas and Mississippi, we also discussed with each other the importance of joint decision-making and maintaining communication that will enable each of us to confer, with or without counsel, via telephone and/or email on short notice to ensure that we are able to make timely decisions. Given their current role as lead plaintiffs in the *Seagate* action, representatives of Arkansas and Mississippi have each other's direct contact information and an established channel of communication. We are available to confer via telephone and/or email to ensure that the Funds are able to make timely decisions. Arkansas and Mississippi are committed to taking an active role in supervising the prosecution of the action and intend to communicate with proposed Lead Counsel, and with each other separately from proposed Lead Counsel, as often as necessary to discuss major litigation developments and ensure the vigorous and efficient prosecution of the action. We have instructed Cohen Milstein and Bernstein Litowitz to provide us with regular updates on the progress of the litigation.

16. Moreover, in the cases in which our institutions partnered as lead plaintiff with each other, and with other institutional investors, neither Arkansas nor Mississippi are aware of any instance of disagreement between lead plaintiff that could not be resolved through discussion and collaboration among the members of the group. Arkansas and Mississippi are like-minded, sophisticated institutional investors that are joined through their common mandate of providing for the retirement of public employees. Arkansas and Mississippi are also aligned in their objective to work collaboratively to maximize the recovery for investors through this litigation. Based on their experience and given their shared goal of achieving the best possible recovery for the Class, Arkansas and Mississippi do not envision having any disagreement relating to the oversight of this action, and indeed no such disagreements have arisen in their

JOINT DECLARATION
Case No. 2:25-cv-01396-CAS-DFM                7

Docusign Envelope ID: 523DF9B7-6A53-4137-B937-A1DB7A439D7D

current roles as lead plaintiff in the *Seagate* case. However, in the unlikely event that any such dispute arises, Arkansas and Mississippi plan to engage in thorough discussion with each other and their counsel to come to a resolution.

17. Arkansas and Mississippi also understand that it is the Lead Plaintiff's obligation under the PSLRA to select qualified Lead Counsel, and to supervise Lead Counsel's prosecution of the case to ensure that the action is prosecuted without unreasonable cost. Arkansas and Mississippi decided to jointly seek appointment as Lead Plaintiff, in part, because of their shared desire to ensure that this action is prosecuted in an efficient and economical manner. In addition to discussing their goals for the litigation, Arkansas and Mississippi discussed the importance of selecting qualified counsel to prosecute the case efficiently and in the Class's best interest. With respect to their selected counsel, Arkansas and Mississippi believe that the Class will benefit from having law firms experienced in litigating securities class actions successfully as Lead Counsel. Arkansas' and Mississippi's close working relationships with Cohen Milstein and Bernstein Litowitz, including through oversight of their work as lead counsel in other actions pursuant to the PSLRA, ensures the Class will be provided with the best possible representation in this case.

18. Arkansas and Mississippi are aware of the experience, resources, and success of their proposed Lead Counsel Cohen Milstein and Bernstein Litowitz, and are aware that they are each an accomplished law firm with a history of obtaining significant recoveries from defendants in securities fraud class actions such as this. Arkansas and Mississippi believe that Cohen Milstein and Bernstein Litowitz are well-qualified to represent the Class and, through experience know, that they work well and efficiently together. This belief is based on the Firms' track records and history of effectively litigating complex securities class actions—including cases in which Mississippi or Arkansas served as lead plaintiff and oversaw Cohen Milstein's and Bernstein Litowitz's work as lead counsel. Cohen Milstein and Bernstein Litowitz have

JOINT DECLARATION
Case No. 2:25-cv-01396-CAS-DFM                          8

been directed to vigorously prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.

19. Arkansas and Mississippi reaffirm their commitment to satisfying the fiduciary obligations that they will assume if appointed Lead Plaintiff, including conferring with counsel regarding litigation strategy and other matters, attending court proceedings, depositions, settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents.  Through these and other measures, Arkansas and Mississippi will ensure that the securities class action against Defendants will be vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interests of the Class.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

JOINT DECLARATION
Case No. 2:25-cv-01396-CAS-DFM          9

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Arkansas are true and correct to the best of my knowledge.

Executed this 21st day of April, 2025.

Respectfully submitted,

DocuSigned by:

*Amy Fecher*

230FA489D64A4D6...

Amy Fecher
Executive Director

*On behalf of Arkansas Public Employees' Retirement System*

JOINT DECLARATION
Case No. 2:25-cv-01396-CAS-DFM

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Mississippi are true and correct to the best of my knowledge.

Executed this 21st day of April, 2025.        Respectfully submitted,

Signed by:

*Laken H. Ryals*
FBCC60E6928E4E5...

Laken H. Ryals
Special Assistant Attorney General

*On Behalf of Public Employees'*
*Retirement System of Mississippi*

JOINT DECLARATION
Case No. 2:25-cv-01396-CAS-DFM