MOTLEY RICE LLC
GREGG S. LEVIN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
glevin@motleyrice.com
cmoriarty@motleyrice.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE TRADE DESK, INC., et al.,<br><br>Defendants. | Case No. 2:25-cv-01396-CAS-DFM<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:      May 19, 2025<br>TIME:       10:00 a.m.<br>JUDGE:    Hon. Christina A. Snyder<br>CTRM:     8D |

4938-1069-4200

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Monday, May 19, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Christina A. Snyder, Courtroom 8D, United States Courthouse, 350 W. First Street, Los Angeles, CA 90012, KBC Asset Management NV, Macomb County Employees' Retirement System, Macomb County Intermediate Retirees Medical Benefits Trust, and Macomb County Retiree Health Care Fund (collectively, the "Institutional Investors") will and hereby do move this Court for an order pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (i) consolidating the three related securities class actions: *United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01396 (C.D. Cal. filed Feb. 19, 2025); *Savorelli v. The Trade Desk, Inc.*, No. 2:25-cv-01915 (C.D. Cal. filed Mar. 5, 2025); and *New England Teamsters Pension Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01936 (C.D. Cal. filed Mar. 5, 2025); (ii) appointing the Institutional Investors as lead plaintiff; and (iii) approving the Institutional Investors' selection of Robbins Geller Rudman & Dowd LLP and Motley Rice LLC as lead counsel.[1]   In support of this Motion, the Institutional Investors submit the accompanying Memorandum of Law, the Declaration of Darren J. Robbins, and a [Proposed] Order.

DATED:  April 21, 2025

ROBBINS GELLER RUDMAN & DOWD LLP

s/ Darren J. Robbins

DARREN J. ROBBINS

---

[1]   Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Institutional Investors cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on April 21, 2025.  Accordingly, the Institutional Investors' counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact that the Institutional Investors cannot confer with unknown movants.

4938-1069-4200

DARREN J. ROBBINS (168593)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

MOTLEY RICE LLC
GREGG S. LEVIN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
glevin@motleyrice.com
cmoriarty@motleyrice.com

Proposed Lead Counsel for Proposed Lead Plaintiff

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

4938-1069-4200