UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   vs.<br><br>THE TRADE DESK, INC., et al.,<br><br>               Defendants. | Case No. 2:25-cv-01396-CAS-DFM<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4902-6880-1336

Having considered KBC Asset Management NV, Macomb County Employees' Retirement System, Macomb County Intermediate Retirees Medical Benefits Trust, and Macomb County Retiree Health Care Fund's (collectively, the "Institutional Investors") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01396; *Savorelli v. The Trade Desk, Inc.*, No. 2:25-cv-01915; and *New England Teamsters Pension Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01936 are hereby consolidated as:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re THE TRADE DESK, INC. SECURITIES LITIGATION | Case No. 2:25-cv-01396 |
| | CLASS ACTION |
| This Document Relates To:  ALL ACTIONS. | |

(a)    The file in Case No. 2:25-cv-01396 shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other actions.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

- 1 -

4902-6880-1336

(b)      All securities class actions arising out of substantially similar facts and claims on behalf of purchasers of The Trade Desk, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B), the Institutional Investors are appointed Lead Plaintiff for the class; and

4.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP and Motley Rice LLC as Lead Counsel is approved.

IT IS SO ORDERED.

DATED:  _____           _____
                                                    HONORABLE CHRISTINA A. SNYDER
                                                    UNITED STATES DISTRICT JUDGE

- 2 -

4902-6880-1336