MOTLEY RICE LLC
GREGG S. LEVIN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
glevin@motleyrice.com
cmoriarty@motleyrice.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS (168593)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE TRADE DESK, INC., et al., <br><br> Defendants. | Case No. 2:25-cv-01396-CAS-DFM <br><br> CLASS ACTION <br><br> DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:        May 19, 2025 <br> TIME:        10:00 a.m. <br> JUDGE:      Hon. Christina A. Snyder <br> CTRM:       8D |

4914-2013-7528

I, DARREN J. ROBBINS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, counsel for the KBC Asset Management NV, Macomb County Employees' Retirement System, Macomb County Intermediate Retirees Medical Benefits Trust, and Macomb County Retiree Health Care Fund (collectively, the "Institutional Investors") and proposed lead counsel for the class. I make this declaration in support of the Institutional Investor's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits provided per the statutory requirements:

Exhibit A: Notice of pendency of first-filed class action published in *Globe Newswire*, a widely circulated national business-oriented publication or wire service, on February 19, 2025;

Exhibit B: The Institutional Investors' Certifications;

Exhibit C: Estimate of the Institutional Investors' losses, prepared by counsel;

Exhibit D: KBC's Declarations of Assignment;

Exhibit E: Management Company Agreement Between KBC Asset Management NV and KBC Equity Fund NV;

Exhibit F: Management Company Agreement Between KBC Asset Management NV and KBC Institutional Investors NV; and

Exhibit G: Management Company Agreement Between KBC Asset Management NV and Plato Institutional Index Fund NV; and

Exhibit H: Joint Declaration.

- 1 -

4914-2013-7528

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of April, 2025.

s/ Darren J. Robbins
DARREN J. ROBBINS

- 2 -

4914-2013-7528