# EXHIBIT B

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Jürgen Verschaeve and Chris Sterckx, on behalf of KBC Asset Management NV ("KBC"), on account of its funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.      We have reviewed a complaint against The Trade Desk, Inc. ("The Trade Desk").

2.      We are duly authorized to institute legal action on behalf of KBC and the Funds, including litigation against The Trade Desk and any other defendants.

3.      KBC and the Funds did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.      KBC is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  KBC also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5.      KBC will not accept any payment for serving as a representative party beyond the Funds' *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.      KBC has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*Plumbers and Steamfitters Local 60 Pension Trust v. Meta Platforms, Inc.*, No. 4:22-cv-01470 (N.D. Cal. May 9, 2022);

*Pembroke Pines Firefighters & Police Officers Pension Fund v. Abbott Laboratories*, No. 1:22-cv-04661 (N.D. Ill. Oct. 31, 2022);

*In re PayPal Holdings Inc. Securities Litigation*, No. 3:22-cv-05864 (D.N.J. Dec. 5, 2022);

*City of Warwick Retirement System v. Catalent, Inc.*, No. 3:23-cv-01108 (D.N.J. Apr. 25, 2023);

*Vanipenta v. SVB Financial Group*, No. 3:23-cv-01097 (N.D. Cal. May 12, 2023);

*Mannacio v. Discover Financial Services*, No. 1:23-cv-06788 (N.D. Ill. Oct. 31, 2023);

*Kangas v. Illumina, Inc.*, No. 3:23-cv-02082 (S.D. Cal. Jan. 9, 2024);

*Chow v. Archer-Daniels-Midland Company*, No. 1:24-cv-00634 (N.D. Ill. Mar. 25, 2024);

*City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Globe Life Inc.*, No. 4:24-cv-00376 (E.D. Tex. July 1, 2024); and

*Cronin v. Merck & Co., Inc.*, No. 2:25-cv-01208-JXN-AME (D.N.J. Apr. 14, 2025).

7.     KBC understands that this is not a claim form, and that the Funds' ability to share in any recovery as a member of the class is unaffected by KBC's decision to serve as a representative party.

8.     Attached hereto as Schedule A is a complete listing of all transactions the Funds made during the Class Period in the security that is the subject of this litigation.  KBC will provide records of those transactions upon request.

9.     KBC is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 15th day of April, 2025.

For KBC Asset Management NV:

_____
Jürgen Verschaeve (Apr 15, 2025 17:47 GMT+2)

Jürgen Verschaeve
Executive Director

_____
Chris Sterckx (Apr 16, 2025 09:54 GMT+2)

Chris Sterckx
Executive Director

## Schedule A
## KBC Asset Management NV
## The Trade Desk, Inc. (TTD)
Class Period: 05/09/2024 - 02/12/2025

|  |  | Date | Shares | Price |
|---|---|---|---|---|
| **KBC EQUITY FUND** |  |  |  |  |
|  | Purchases: | 5/13/2024 | 462.00 | 87.53 |
|  |  | 6/7/2024 | 442.00 | 94.17 |
|  |  | 6/25/2024 | 610.00 | 97.73 |
|  |  | 7/18/2024 | 495.00 | 95.72 |
|  |  | 8/7/2024 | 691.00 | 84.91 |
|  |  | 8/27/2024 | 413.00 | 103.92 |
|  |  | 9/6/2024 | 14,871.00 | 100.31 |
|  |  | 11/12/2024 | 5,331.00 | 129.84 |
|  |  | 11/12/2024 | 2,236.00 | 129.84 |
|  |  | 11/20/2024 | 13,297.00 | 122.22 |
|  |  | 12/3/2024 | 32,183.00 | 135.68 |
|  |  | 12/3/2024 | 19,077.00 | 135.68 |
|  | Sales: | 10/10/2024 | -190.00 | 115.71 |
|  |  | 10/18/2024 | -43,226.00 | 118.76 |
|  |  | 1/10/2025 | -1,573.00 | 118.80 |
| **KBC INSTITUTIONAL INVESTORS** |  |  |  |  |
|  | Purchases: | 10/1/2024 | 4,892.00 | 110.67 |
|  |  | 11/12/2024 | 6,358.00 | 129.84 |
|  |  | 11/20/2024 | 7,091.00 | 122.22 |
|  |  | 11/26/2024 | 7,233.00 | 130.59 |
|  |  | 1/6/2025 | 11,404.00 | 125.57 |
|  |  | 1/16/2025 | 591.00 | 120.84 |
|  | Sales: | 8/30/2024 | -258.00 | 104.53 |
|  |  | 12/18/2024 | -425.00 | 134.66 |

|  |  | Date | Shares | Price |
|---|---|---|---|---|
| **PLATO INSTITUTIONAL INDEX FUND** |  |  |  |  |
|  | Purchases: | 6/4/2024 | 201.00 | 94.48 |
|  |  | 7/5/2024 | 3,330.00 | 99.90 |
|  |  | 8/26/2024 | 847.00 | 103.97 |
|  |  | 9/12/2024 | 187.00 | 104.50 |
|  |  | 12/5/2024 | 172.00 | 136.36 |
|  |  | 1/21/2025 | 928.00 | 124.50 |
|  | Sales: | 12/4/2024 | -220.00 | 139.51 |

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Macomb County Employees' Retirement System ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      (a)      Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*West Palm Beach Police Pension Fund v. Leslie's, Inc*., No. 2:23-cv-01887 (D. Ariz.)
*McAlice v. The Estee Lauder Companies, Inc.*, No. 1:23-cv-10669 (S.D.N.Y.)
*Patel v. lululemon athletica inc.,* No. 1:24-cv-06033 (S.D.N.Y.)

(b)      Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Macomb County Employees' Retirement System v. FMC Corporation,* No. 2:25-cv-00815 (E.D. Pa)

(c)      Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Collinsville Police Pension Board v. Discovery, Inc.*, No. 1:22-cv-08171 (S.D.N.Y.)
*Schaeffer v. Signature Bank,* No. 1:23-cv-01921 (E.D.N.Y.)
*In re Illumina, Inc. Sec. Litig.,* No. 3:23-cv-02082 (S.D. Cal.)
*Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings*, Inc., No. 1:24-cv-00282 (D. Idaho)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17 day of April, 2025.

Macomb County Employees' Retirement System

By: _____

Its: _____ CHAIRMAN MCERS

- 2 -

Exhibit B
TRADE DESK
010

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/14/2024 | 1,090 | $95.40 |
| 06/17/2024 | 1,442 | $97.27 |
| 06/18/2024 | 1,403 | $98.68 |
| 06/20/2024 | 2,788 | $97.32 |
| 06/21/2024 | 3,402 | $97.07 |
| 06/24/2024 | 2,334 | $96.26 |
| 06/25/2024 | 1,426 | $97.30 |
| 06/26/2024 | 1,462 | $97.57 |
| 06/27/2024 | 209 | $97.91 |
| 06/28/2024 | 2,202 | $97.14 |
| 07/01/2024 | 335 | $96.38 |
| 07/02/2024 | 418 | $97.95 |
| 07/03/2024 | 439 | $99.37 |
| 07/05/2024 | 571 | $99.79 |
| 07/08/2024 | 857 | $98.91 |
| 07/09/2024 | 141 | $99.11 |
| 07/10/2024 | 1,257 | $99.67 |
| 07/11/2024 | 2,480 | $98.94 |
| 07/12/2024 | 1,052 | $99.06 |
| 07/15/2024 | 489 | $99.93 |
| 07/16/2024 | 865 | $99.81 |
| 07/17/2024 | 1,893 | $97.90 |
| 07/25/2024 | 1,552 | $91.67 |
| 07/26/2024 | 1,114 | $92.09 |
| 07/29/2024 | 1,047 | $92.28 |
| 07/30/2024 | 1,888 | $89.75 |
| 07/31/2024 | 1,805 | $89.97 |
| 08/09/2024 | 273 | $93.74 |
| 08/13/2024 | 409 | $97.71 |
| 08/14/2024 | 287 | $98.00 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 11/07/2024 | 397 | $130.21 |

Prices listed are rounded up to two decimal places.

Exhibit B
011

Docusign Envelope ID: B884CB94-BB50-41CE-B221-8DB0B7F9FA93

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Macomb County Intermediate Retirees Medical Benefits Trust ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Illumina, Inc. Sec. Litig.*, No. 3:23-cv-02082 (S.D. Cal.)
*Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings, Inc*., No. 1:24-cv-00282 (D. Idaho)
*Patel v. lululemon athletica inc.,* No. 1:24-cv-06033 (S.D.N.Y.)

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

TRADE DESK

Exhibit B
012

Docusign Envelope ID: B884CB94-BB50-41CE-B221-8DR9B7F9EA93

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4/17/2025 _____ day of April, 2025.

Macomb County Intermediate Retirees
Medical Benefits Trust

By: Joe Sabatini

Its:   Chairman

TRADE DESK
Exhibit B
013

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/14/2024 | 311 | $95.40 |
| 06/17/2024 | 412 | $97.27 |
| 06/18/2024 | 401 | $98.68 |
| 06/20/2024 | 796 | $97.32 |
| 06/21/2024 | 971 | $97.07 |
| 06/24/2024 | 666 | $96.26 |
| 06/25/2024 | 407 | $97.30 |
| 06/26/2024 | 417 | $97.57 |
| 06/27/2024 | 60 | $97.91 |
| 06/28/2024 | 629 | $97.14 |
| 07/01/2024 | 96 | $96.38 |
| 07/02/2024 | 119 | $97.95 |
| 07/03/2024 | 138 | $99.37 |
| 07/05/2024 | 179 | $99.79 |
| 07/08/2024 | 270 | $98.91 |
| 07/09/2024 | 44 | $99.11 |
| 07/10/2024 | 396 | $99.67 |
| 07/11/2024 | 780 | $98.94 |
| 07/12/2024 | 331 | $99.06 |
| 07/15/2024 | 154 | $99.93 |
| 07/16/2024 | 272 | $99.81 |
| 07/17/2024 | 595 | $97.90 |
| 07/25/2024 | 459 | $91.67 |
| 07/26/2024 | 330 | $92.09 |
| 07/29/2024 | 310 | $92.28 |
| 07/30/2024 | 558 | $89.75 |
| 07/31/2024 | 534 | $89.97 |
| 08/09/2024 | 81 | $93.74 |
| 08/13/2024 | 121 | $97.71 |
| 08/14/2024 | 85 | $98.00 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 12/18/2024 | 474 | $132.35 |

Prices listed are rounded up to two decimal places.

Exhibit B
014

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Macomb County Retiree Health Care Fund ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      (a)      Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*McAlice v. The Estee Lauder Companies, Inc.*, No. 1:23-cv-10669 (S.D.N.Y.)
*Patel v. lululemon athletica inc.,* No. 1:24-cv-06033 (S.D.N.Y.)

(b)      Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Macomb County Employees' Retirement System v. FMC Corporation,* No. 2:25-cv-00815 (E.D. Pa)

(c)      Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Schaeffer v. Signature Bank*, No. 1:23-cv-01921 (E.D.N.Y.)
*In re Illumina, Inc. Sec. Litig.*, No. 3:23-cv-02082 (S.D. Cal.)
*Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings, Inc.*, No. 1:24-cv-00282 (D. Idaho)
*Macomb County Retiree Health Care Fund v. PDD Holdings Inc. f/k/a Pinduoduo Inc.*, No. 1:24-cv-06881 (E.D.N.Y.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

TRADE DESK

Exhibit B
015

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of April, 2025.

Macomb County Retiree Health Care Fund

By: _____

Its: _____

- 2 -

Exhibit B
016
TRADE DESK

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/14/2024 | 367 | $95.40 |
| 06/17/2024 | 486 | $97.27 |
| 06/18/2024 | 473 | $98.68 |
| 06/20/2024 | 939 | $97.32 |
| 06/21/2024 | 1,146 | $97.07 |
| 06/24/2024 | 786 | $96.26 |
| 06/25/2024 | 480 | $97.30 |
| 06/26/2024 | 492 | $97.57 |
| 06/27/2024 | 70 | $97.91 |
| 06/28/2024 | 742 | $97.14 |
| 07/01/2024 | 113 | $96.38 |
| 07/02/2024 | 141 | $97.95 |
| 07/03/2024 | 163 | $99.37 |
| 07/05/2024 | 212 | $99.79 |
| 07/08/2024 | 318 | $98.91 |
| 07/09/2024 | 52 | $99.11 |
| 07/10/2024 | 467 | $99.67 |
| 07/11/2024 | 921 | $98.94 |
| 07/12/2024 | 391 | $99.06 |
| 07/15/2024 | 181 | $99.93 |
| 07/16/2024 | 321 | $99.81 |
| 07/17/2024 | 704 | $97.90 |
| 07/25/2024 | 542 | $91.67 |
| 07/26/2024 | 389 | $92.09 |
| 07/29/2024 | 365 | $92.28 |
| 07/30/2024 | 659 | $89.75 |
| 07/31/2024 | 630 | $89.97 |
| 08/09/2024 | 95 | $93.74 |
| 08/13/2024 | 143 | $97.71 |
| 08/14/2024 | 100 | $98.00 |

Prices listed are rounded up to two decimal places.

Exhibit B
017