# EXHIBIT D

## DECLARATION OF ASSIGNMENT BY KBC EQUITY FUND NV
## TO KBC ASSET MANAGEMENT NV

We, Sara Baeten and Johan Tyteca, hereby declare as follows:

1. We are the representatives of KBC Equity Fund NV (the "Fund") and we have personal knowledge of all matters stated herein.

2. The Fund is governed by Belgian law.

3. On or about April 21, 2025, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against The Trade Desk, Inc. (the "Lawsuit").

4. KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 15th day of April, 2025.

For KBC Equity Fund NV (Assignor):

Sara Baeten (Apr 16, 2025 18:11 GMT+2)

Johan Tyteca (Apr 15, 2025 17:33 GMT+2)

Sara Baeten
Director

Johan Tyteca
Director

For KBC Management NV (Assignee):

Jürgen Verschaeve (Apr 15, 2025 17:47 GMT+2)

Chris Sterckx (Apr 16, 2025 09:54 GMT+2)

Jürgen Verschaeve
Executive Director

Chris Sterckx
Executive Director

## DECLARATION OF ASSIGNMENT BY KBC INSTITUTIONAL INVESTORS NV TO KBC ASSET MANAGEMENT NV

We, Hilde Reijnaert and Johan Tyteca, hereby declare as follows:

1. We are the representatives of KBC Institutional Investors NV (the "Fund") and we have personal knowledge of all matters stated herein.

2. The Fund is governed by Belgian law.

3. On or about April 21, 2025, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against The Trade Desk, Inc. (the "Lawsuit").

4. KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 15th day of April, 2025.

For KBC Institutional Investors NV (Assignor):

_Hilde Reijnaert_
Hilde Reijnaert (Apr 15, 2025 17:04 GMT+2)
_____
Hilde Reijnaert
Director

_Johan Tyteca_
Johan Tyteca (Apr 15, 2025 17:33 GMT+2)
_____
Johan Tyteca
Director

For KBC Management NV (Assignee):

Jürgen Verschaeve (Apr 15, 2025 17:47 GMT+2)
_____
Jürgen Verschaeve
Executive Director

Chris Sterckx (Apr 16, 2025 09:54 GMT+2)
_____
Chris Sterckx
Executive Director

Exhibit D
022

## DECLARATION OF ASSIGNMENT BY PLATO INSTITUTIONAL INDEX FUND NV TO KBC ASSET MANAGEMENT NV

We, Hilde Reijnaert and Johan Tyteca, hereby declare as follows:

1.    We are the representatives of Plato Institutional Index Fund NV (the "Fund") and we have personal knowledge of all matters stated herein.

2.    The Fund is governed by Belgian law.

3.    On or about April 21, 2025, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against The Trade Desk, Inc. (the "Lawsuit").

4.    KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 15th day of April, 2025.

For Plato Institutional Index Fund NV (Assignor):

*Hilde Reijnaert*
Hilde Reijnaert (Apr 15, 2025 17:04 GMT+2)
_____
Hilde Reijnaert
Director

*Johan Tyteca*
Johan Tyteca (Apr 15, 2025 17:33 GMT+2)
_____
Johan Tyteca
Director

For KBC Management NV (Assignee):

Jürgen Verschaeve (Apr 15, 2025 17:47 GMT+2)
_____
Jürgen Verschaeve
Executive Director

Chris Sterckx (Apr 16, 2025 09:54 GMT+2)
_____
Chris Sterckx
Executive Director

Exhibit D
023