**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3481

*Counsel for Proposed Lead Plaintiff Public
Employees' Retirement System of Mississippi,
and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC., JEFFREY TERRY GREEN, and LAURA SCHENKEIN,<br><br>Defendants. | Case No.: 2:25-cv-01396-CAS-DFM<br><br>CLASS ACTION<br><br>**DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF THE MEMORANDUM OF POINTS AND AUTHORITIES OF ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM AND PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI IN OPPOSITION TO THE COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Date: May 19, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8D, 8th Floor<br>Judge: Hon. Christina A. Snyder |

*Captions continued on next page.*

DECLARATION OF JONATHAN D. USLANER
Case No. 2:25-cv-01396-CAS-DFM

MANUEL SAVORELLI, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

THE TRADE DESK, INC., JEFF T. GREEN, and LAURA SCHENKEIN,

Defendants.

Case No.: 2:25-cv-01915-CAS-DFM

CLASS ACTION

NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

THE TRADE DESK, INC., JEFFREY T. GREEN, LAURA SCHENKEIN, and SAMANTHA JACOBSON,

Defendants.

Case No.: 2:25-cv-01936-CAS-DFM

CLASS ACTION

DECLARATION OF JONATHAN D. USLANER
Case No. 2:25-cv-01396-CAS-DFM

I, Jonathan D. Uslaner, declare as follows:

1. I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this declaration in support of the memorandum of points and authorities of Arkansas Public Employees' Retirement System ("Arkansas") and Public Employees' Retirement System of Mississippi ("Mississippi") in opposition to the competing motion for appointment as Lead Plaintiff.

2. Attached as Exhibit A is a chart prepared by counsel for Arkansas and Mississippi setting forth calculations of the KBC and Macomb Group's losses as calculated on a last-in, first-out basis.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of April, 2025.

_/s/ Jonathan D. Uslaner_
Jonathan D. Uslaner

DECLARATION OF JONATHAN D. USLANER
Case No. 2:25-cv-01396-CAS-DFM

1