# EXHIBIT A

**KBC and Macomb Group**

LIFO Loss in The Trade Desk, Inc. (TTD)

Class Period: 05/09/24 - 02/12/25

CUSIP: 88339J105

Retained share price: $60.2528 (02/13/25 - 04/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **KBC Equity Fund** | | | | | | | | | |
| Pre-class holdings | Unknown | | | | Sale | 10/18/2024 | (25,432) | 118.7588 | ($3,020,273.80) |
| | | | | | *Sales offsetting against opening balance* | | (25,432) | | ($3,020,273.80) |
| Purchase | 5/13/2024 | 462 | 87.5300 | $40,438.86 | | | | | |
| Purchase | 6/7/2024 | 442 | 94.1700 | $41,623.14 | | | | | |
| Purchase | 6/25/2024 | 610 | 97.7300 | $59,615.30 | | | | | |
| Purchase | 7/18/2024 | 495 | 95.7200 | $47,381.40 | | | | | |
| Purchase | 8/7/2024 | 691 | 84.9100 | $58,672.81 | | | | | |
| Purchase | 8/27/2024 | 413 | 103.9200 | $42,918.96 | | | | | |
| Purchase | 9/6/2024 | 14,871 | 100.3100 | $1,491,710.01 | | | | | |
| Purchase | 11/12/2024 | 2,236 | 129.8389 | $290,319.78 | Sale | 10/10/2024 | (190) | 115.7100 | ($21,984.90) |
| Purchase | 11/12/2024 | 5,331 | 129.8387 | $692,170.11 | Sale | 10/18/2024 | (17,794) | 118.7588 | ($2,113,194.09) |
| Purchase | 11/20/2024 | 13,297 | 122.2186 | $1,625,140.72 | Sale | 1/10/2025 | (1,573) | 118.8000 | ($186,872.40) |
| Purchase | 12/3/2024 | 19,077 | 135.6847 | $2,588,457.02 | | | | | |
| Purchase | 12/3/2024 | 32,183 | 135.6833 | $4,366,695.64 | Retained | | (70,551) | 60.2528 | ($4,250,897.13) |
| | | 90,108 | | $11,345,143.75 | | | (90,108) | | ($6,572,948.52) |
| | | | | | | | **KBC Equity Fund Loss** | | **($4,772,195.23)** |
| **KBC Institutional Investors** | | | | | | | | | |
| Pre-class holdings | Unknown | | | | Sale | 8/30/2024 | (258) | 104.5300 | ($26,968.74) |
| | | | | | *Sales offsetting against opening balance* | | (258) | | ($26,968.74) |
| Purchase | 10/1/2024 | 4,892 | 110.6743 | $541,418.68 | | | | | |
| Purchase | 11/12/2024 | 6,358 | 129.8387 | $825,514.45 | | | | | |
| Purchase | 11/20/2024 | 7,091 | 122.2186 | $866,652.09 | | | | | |
| Purchase | 11/26/2024 | 7,233 | 130.5946 | $944,590.74 | Sale | 12/18/2024 | (425) | 134.6600 | ($57,230.50) |
| Purchase | 1/6/2025 | 11,404 | 125.5653 | $1,431,946.68 | | | | | |
| Purchase | 1/16/2025 | 591 | 120.8400 | $71,416.44 | Retained | | (37,144) | 60.2528 | ($2,238,030.97) |
| | | 37,569 | | $4,681,539.08 | | | (37,569) | | ($2,295,261.47) |
| | | | | | | | **KBC Institutional Investors Loss** | | **($2,386,277.61)** |

**KBC and Macomb Group**

LIFO Loss in The Trade Desk, Inc. (TTD)

Class Period: 05/09/24 - 02/12/25

CUSIP: 88339J105

Retained share price: $60.2528 (02/13/25 - 04/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Plato Institutional Index Fund** | | | | | | | | | |
| Pre-class holdings | | Unknown | | | Sale | | 0 | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 6/4/2024 | 201 | 94.4800 | $18,990.48 | | | | | |
| Purchase | 7/5/2024 | 3,330 | 99.9000 | $332,667.00 | | | | | |
| Purchase | 8/26/2024 | 847 | 103.9700 | $88,062.59 | | | | | |
| Purchase | 9/12/2024 | 187 | 104.5000 | $19,541.50 | Sale | 12/4/2024 | (220) | 139.5100 | ($30,692.20) |
| Purchase | 12/5/2024 | 172 | 136.3600 | $23,453.92 | | | | | |
| Purchase | 1/21/2025 | 928 | 124.5000 | $115,536.00 | Retained | | (5,445) | 60.2528 | ($328,076.64) |
| | | 5,665 | | $598,251.49 | | | (5,665) | | ($358,768.84) |

**Plato Institutional Index Fund Loss**    **($239,482.65)**

**Macomb County Employees' Retirement System**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | Unknown | | | Sale | | 0 | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 6/14/2024 | 1,090 | 95.3972 | $103,982.95 | | | | | |
| Purchase | 6/17/2024 | 1,442 | 97.2663 | $140,258.00 | | | | | |
| Purchase | 6/18/2024 | 1,403 | 98.6767 | $138,443.41 | | | | | |
| Purchase | 6/20/2024 | 2,788 | 97.3207 | $271,330.11 | | | | | |
| Purchase | 6/21/2024 | 3,402 | 97.0664 | $330,219.89 | | | | | |
| Purchase | 6/24/2024 | 2,334 | 96.2601 | $224,671.07 | | | | | |
| Purchase | 6/25/2024 | 1,426 | 97.2953 | $138,743.10 | | | | | |
| Purchase | 6/26/2024 | 1,462 | 97.5704 | $142,647.92 | | | | | |
| Purchase | 6/27/2024 | 209 | 97.9068 | $20,462.52 | | | | | |
| Purchase | 6/28/2024 | 2,202 | 97.1440 | $213,911.09 | | | | | |
| Purchase | 7/1/2024 | 335 | 96.3793 | $32,287.07 | | | | | |
| Purchase | 7/2/2024 | 418 | 97.9508 | $40,943.43 | | | | | |
| Purchase | 7/3/2024 | 439 | 99.3689 | $43,622.95 | | | | | |
| Purchase | 7/5/2024 | 571 | 99.7885 | $56,979.23 | | | | | |
| Purchase | 7/8/2024 | 857 | 98.9135 | $84,768.87 | | | | | |
| Purchase | 7/9/2024 | 141 | 99.1070 | $13,974.09 | | | | | |
| Purchase | 7/10/2024 | 1,257 | 99.6674 | $125,281.92 | | | | | |

**KBC and Macomb Group**

LIFO Loss in The Trade Desk, Inc. (TTD)
Class Period: 05/09/24 - 02/12/25
CUSIP: 88339J105
Retained share price: $60.2528 (02/13/25 - 04/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/11/2024 | 2,480 | 98.9406 | $245,372.69 | | | | | |
| Purchase | 7/12/2024 | 1,052 | 99.0632 | $104,214.49 | | | | | |
| Purchase | 7/15/2024 | 489 | 99.9334 | $48,867.43 | | | | | |
| Purchase | 7/16/2024 | 865 | 99.8097 | $86,335.39 | | | | | |
| Purchase | 7/17/2024 | 1,893 | 97.9010 | $185,326.59 | | | | | |
| Purchase | 7/25/2024 | 1,552 | 91.6666 | $142,266.56 | | | | | |
| Purchase | 7/26/2024 | 1,114 | 92.0883 | $102,586.37 | | | | | |
| Purchase | 7/29/2024 | 1,047 | 92.2775 | $96,614.54 | | | | | |
| Purchase | 7/30/2024 | 1,888 | 89.7453 | $169,439.13 | Sale | 11/7/2024 | (397) | 130.2102 | ($51,693.45) |
| Purchase | 7/31/2024 | 1,805 | 89.9664 | $162,389.35 | | | | | |
| Purchase | 8/9/2024 | 273 | 93.7369 | $25,590.17 | Sale* | 4/16/2025 | (768) | 60.7700 | ($46,671.36) |
| Purchase | 8/13/2024 | 409 | 97.7143 | $39,965.15 | | | | | |
| Purchase | 8/14/2024 | 287 | 97.9954 | $28,124.68 | Retained | | (35,765) | 60.2528 | ($2,154,942.33) |
| | | 36,930 | | $3,559,620.16 | | | (36,930) | | ($2,253,307.14) |

**Macomb County Employees' Retirement System Loss    ($1,306,313.03)**

**Macomb County Intermediate Retirees Medical Benefits Trust**

| | | | | | | | Shares | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | Unknown | | | Sale | | 0 | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 6/14/2024 | 311 | 95.3972 | $29,668.53 | | | | | |
| Purchase | 6/17/2024 | 412 | 97.2663 | $40,073.72 | | | | | |
| Purchase | 6/18/2024 | 401 | 98.6767 | $39,569.36 | | | | | |
| Purchase | 6/20/2024 | 796 | 97.3207 | $77,467.28 | | | | | |
| Purchase | 6/21/2024 | 971 | 97.0664 | $94,251.47 | | | | | |
| Purchase | 6/24/2024 | 666 | 96.2601 | $64,109.23 | | | | | |
| Purchase | 6/25/2024 | 407 | 97.2953 | $39,599.19 | | | | | |
| Purchase | 6/26/2024 | 417 | 97.5704 | $40,686.86 | | | | | |
| Purchase | 6/27/2024 | 60 | 97.9068 | $5,874.41 | | | | | |
| Purchase | 6/28/2024 | 629 | 97.1440 | $61,103.58 | | | | | |
| Purchase | 7/1/2024 | 96 | 96.3793 | $9,252.41 | | | | | |
| Purchase | 7/2/2024 | 119 | 97.9508 | $11,656.15 | | | | | |
| Purchase | 7/3/2024 | 138 | 99.3689 | $13,712.91 | | | | | |
| Purchase | 7/5/2024 | 179 | 99.7885 | $17,862.14 | | | | | |
| Purchase | 7/8/2024 | 270 | 98.9135 | $26,706.65 | | | | | |

**KBC and Macomb Group**

LIFO Loss in The Trade Desk, Inc. (TTD)

Class Period: 05/09/24 - 02/12/25

CUSIP: 88339J105

Retained share price: $60.2528 (02/13/25 - 04/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/9/2024 | 44 | 99.1070 | $4,360.71 | | | | | |
| Purchase | 7/10/2024 | 396 | 99.6674 | $39,468.29 | | | | | |
| Purchase | 7/11/2024 | 780 | 98.9406 | $77,173.67 | | | | | |
| Purchase | 7/12/2024 | 331 | 99.0632 | $32,789.92 | | | | | |
| Purchase | 7/15/2024 | 154 | 99.9334 | $15,389.74 | | | | | |
| Purchase | 7/16/2024 | 272 | 99.8097 | $27,148.24 | | | | | |
| Purchase | 7/17/2024 | 595 | 97.9010 | $58,251.10 | | | | | |
| Purchase | 7/25/2024 | 459 | 91.6666 | $42,074.97 | | | | | |
| Purchase | 7/26/2024 | 330 | 92.0883 | $30,389.14 | | | | | |
| Purchase | 7/29/2024 | 310 | 92.2775 | $28,606.03 | | | | | |
| Purchase | 7/30/2024 | 558 | 89.7453 | $50,077.88 | Sale | 12/18/2024 | (474) | 132.3547 | ($62,736.13) |
| Purchase | 7/31/2024 | 534 | 89.9664 | $48,042.06 | | | | | |
| Purchase | 8/9/2024 | 81 | 93.7369 | $7,592.69 | Sale* | 4/16/2025 | (385) | 60.7700 | ($23,396.45) |
| Purchase | 8/13/2024 | 121 | 97.7143 | $11,823.43 | | | | | |
| Purchase | 8/14/2024 | 85 | 97.9954 | $8,329.61 | Retained | | (10,063) | 60.2528 | ($606,324.19) |
| | | 10,922 | | $1,053,111.37 | | | (10,922) | | ($692,456.77) |

**Macomb County Intermediate Retirees Medical Benefits Trust Loss**    **($360,654.60)**

**Macomb County Retiree Health Care Fund**

| | | | | | Transaction | | Shares | | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | Unknown | | | Sale | | 0 | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 6/14/2024 | 367 | 95.3972 | $35,010.77 | | | | | |
| Purchase | 6/17/2024 | 486 | 97.2663 | $47,271.42 | | | | | |
| Purchase | 6/18/2024 | 473 | 98.6767 | $46,674.08 | | | | | |
| Purchase | 6/20/2024 | 939 | 97.3207 | $91,384.14 | | | | | |
| Purchase | 6/21/2024 | 1,146 | 97.0664 | $111,238.09 | | | | | |
| Purchase | 6/24/2024 | 786 | 96.2601 | $75,660.44 | | | | | |
| Purchase | 6/25/2024 | 480 | 97.2953 | $46,701.74 | | | | | |
| Purchase | 6/26/2024 | 492 | 97.5704 | $48,004.64 | | | | | |
| Purchase | 6/27/2024 | 70 | 97.9069 | $6,853.48 | | | | | |
| Purchase | 6/28/2024 | 742 | 97.1440 | $72,080.85 | | | | | |
| Purchase | 7/1/2024 | 113 | 96.3793 | $10,890.86 | | | | | |
| Purchase | 7/2/2024 | 141 | 97.9508 | $13,811.06 | | | | | |
| Purchase | 7/3/2024 | 163 | 99.3689 | $16,197.13 | | | | | |

**KBC and Macomb Group**

LIFO Loss in The Trade Desk, Inc. (TTD)

Class Period: 05/09/24 - 02/12/25

CUSIP: 88339J105

Retained share price: $60.2528 (02/13/25 - 04/21/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/5/2024 | 212 | 99.7885 | $21,155.16 | | | | | |
| Purchase | 7/8/2024 | 318 | 98.9135 | $31,454.49 | | | | | |
| Purchase | 7/9/2024 | 52 | 99.1069 | $5,153.56 | | | | | |
| Purchase | 7/10/2024 | 467 | 99.6674 | $46,544.68 | | | | | |
| Purchase | 7/11/2024 | 921 | 98.9406 | $91,124.29 | | | | | |
| Purchase | 7/12/2024 | 391 | 99.0632 | $38,733.71 | | | | | |
| Purchase | 7/15/2024 | 181 | 99.9334 | $18,087.95 | | | | | |
| Purchase | 7/16/2024 | 321 | 99.8097 | $32,038.91 | | | | | |
| Purchase | 7/17/2024 | 704 | 97.9010 | $68,922.30 | | | | | |
| Purchase | 7/25/2024 | 542 | 91.6666 | $49,683.30 | | | | | |
| Purchase | 7/26/2024 | 389 | 92.0883 | $35,822.35 | | | | | |
| Purchase | 7/29/2024 | 365 | 92.2775 | $33,681.29 | | | | | |
| Purchase | 7/30/2024 | 659 | 89.7453 | $59,142.15 | | | | | |
| Purchase | 7/31/2024 | 630 | 89.9664 | $56,678.83 | | | | | |
| Purchase | 8/9/2024 | 95 | 93.7369 | $8,905.01 | | | | | |
| Purchase | 8/13/2024 | 143 | 97.7143 | $13,973.14 | | | | | |
| Purchase | 8/14/2024 | 100 | 97.9954 | $9,799.54 | Retained | | (12,888) | 60.2528 | ($776,538.42) |
| | | 12,888 | | $1,242,679.36 | | | (12,888) | | ($776,538.42) |

**Macomb County Retiree Health Care Fund Loss**     **($466,140.94)**

**Movants' Total**     **($9,531,064.05)**

*\*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*