MOTLEY RICE LLC
GREGG S. LEVIN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
glevin@motleyrice.com
cmoriarty@motleyrice.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE TRADE DESK, INC., et al., <br><br> Defendants. | Case No. 2:25-cv-01396-CAS-DFM <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF NON-OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS <br><br> DATE:      May 19, 2025 <br> TIME:      10:00 a.m. <br> JUDGE:    Hon. Christina A. Snyder <br> CTRM:     8D |

4936-5694-2396

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that KBC Asset Management NV, Macomb County Employees' Retirement System, Macomb County Intermediate Retirees Medical Benefits Trust, and Macomb County Retiree Health Care Fund (collectively, the "Institutional Investors") respectfully submit this notice concerning the pending motions for consolidation of the related securities class actions, appointment as lead plaintiff, and approval of lead plaintiff's selection of counsel.[1]

On April 21, 2025, the Institutional Investors filed a motion for consolidation of the Related Actions, appointment as lead plaintiff, and approval of lead plaintiff's selection of lead counsel pursuant to the Private Litigation Reform Act of 1995 ("PSLRA"). *See* ECF 42. The Institutional Investors have reviewed the competing lead plaintiff motions pending before the Court and have determined that they do not appear to have the largest financial interest in this action within the meaning of the PSLRA. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(bb). Nevertheless, the Institutional Investors remain ready, willing, and able to serve as lead plaintiff should the Court decline to appoint the remaining movants seeking appointment as lead plaintiff. This notice is without prejudice to the Institutional Investors' ability to participate in any future settlement as putative class members.

DATED: April 28, 2025          Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS

s/ Darren J. Robbins
DARREN J. ROBBINS

---

[1] The Related Actions are *United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01396 (C.D. Cal. filed Feb. 19, 2025); *Savorelli v. The Trade Desk, Inc.*, No. 2:25-cv-01915 (C.D. Cal. filed Mar. 5, 2025); and *New England Teamsters Pension Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01936 (C.D. Cal. filed Mar. 5, 2025). All movants agree that the Related Actions should be consolidated.

- 1 -

4936-5694-2396

DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

MOTLEY RICE LLC
GREGG S. LEVIN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
glevin@motleyrice.com
cmoriarty@motleyrice.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

VANOVERBEKE, MICHAUD &
TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

- 2 -

4936-5694-2396