# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC., JEFFREY TERRY GREEN, and LAURA SCHENKEIN,<br><br>Defendants. | Case No.: 2:25-cv-01396-CAS-DFMx<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING THE MOTION OF ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM AND PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS** |
| MANUEL SAVORELLI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC., JEFF T. GREEN, and LAURA SCHENKEIN,<br><br>Defendants. | Case No.: 2:25-cv-01915-CAS-DFMx<br><br><u>CLASS ACTION</u> |

*Caption continued on next page.*

PROPOSED ORDER
2:25-cv-01396-CAS-DFM

|   |   |
|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRADE DESK, INC., JEFFREY T. GREEN, LAURA SCHENKEIN, and SAMANTHA JACOBSON,<br><br>Defendants. | Case No.: 2:25-cv-01936-CAS-DFMx<br><br>CLASS ACTION |

Upon consideration of (1) the Motion of Arkansas Public Employees' Retirement System ("Arkansas") and Public Employees' Retirement System of Mississippi ("Mississippi") for appointment as Lead Plaintiff, approval of their selection of Lead Counsel, and consolidation of related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Jonathan D. Uslaner in support thereof; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. Arkansas and Mississippi's Motion is GRANTED;

2. Arkansas and Mississippi are APPOINTED as Lead Plaintiff under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraphs 4 and 5 of this Order;

3. Arkansas' and Mississippi's selection of Lead Counsel is APPROVED and Cohen Milstein Sellers & Toll PLLC and Bernstein Litowitz Berger & Grossmann LLP are APPOINTED as Lead Counsel for the proposed Class;

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Manuel Savorelli v. The Trade Desk, Inc.*, No. 2:25-cv-01915-CAS-DFM (C.D. Cal.) and *New England Teamsters Pension Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01936-CAS-DFM (C.D. Cal.) are CONSOLIDATED with *United Union of Roofers, Waterproofers &*

*Allied Workers Local Union No. 8 WBPA Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01396-CAS-DFM (C.D. Cal.) (collectively, the "Consolidated Action").

4. Pursuant to Rule 42(a), any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions, are CONSOLIDATED with the Consolidated Action; and

5. The Clerk of Court is DIRECTED to recaption the Consolidated Action "*In re The Trade Desk, Inc. Securities Litigation*," and the file shall be maintained under Master File No. 2:25-cv-01396.

**IT IS SO ORDERED.**

Dated: June 4, 2025

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge