CAZ HASHEMI, State Bar No. 210239
Email: chashemi@wsgr.com
BENJAMIN M. CROSSON, State Bar No. 247560
Email: bcrosson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

JESSICA L. SNORGRASS, State Bar No. 259962
Email: jsnorgrass@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900

*Attorneys for Defendants The Trade Desk, Inc., Jeffrey T. Green, Laura Schenkein, and Samantha Jacobson*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *In re The Trade Desk, Inc. Securities Litigation* | Case No.: 2:25-cv-01396-CAS-DFM <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** <br><br> Date: March 9, 2026 <br> Time: 10:00 a.m. <br> Courtroom: 8D, 8th Floor <br> Before: Hon. Christina A. Snyder |

**TO LEAD PLANTIFF AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on March 9, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard in the Courtroom of the Honorable Christina A. Snyder, United States District Judge, Central District of California, located at 350 W. First Street, Los Angeles, California 90012, defendant The Trade Desk, Inc. ("TTD" or "the Company") along with individual defendants Jeff Green, Laura Schenkein and Samantha Jacobson (the "Individual Defendants" and, together with TTD, "Defendants") will and hereby do move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the claims for violations of Sections 10(b), 20(a), and 20A of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder in Plaintiff's First Amended Complaint, dated August 15, 2025 (the "FAC"; ECF No. 74).

This Motion is made on the grounds that:

1.     The allegations in the FAC fail to establish that any defendant made any actionable false or misleading statement under Section 10(b)/Rule10b-5 and the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.     The allegations in the FAC do not give rise to a strong inference of scienter under Section 10(b)/Rule10b-5 and the PSLRA.

3.     The allegations in the FAC fail to adequately allege loss causation for a Section 10(b)/Rule10b-5 claim.

4.     The allegations in the FAC fail to adequately allege control person liability under Section 20(a).

5.     The allegations in the FAC fail to plead a violation of Section 20A.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof filed herewith, the Declaration of Benjamin Crosson and its attached exhibits, the Request for Judicial Notice and Notice of Incorporation by Reference filed herewith, the [Proposed] Order lodged

herewith, the Court file, any reply Defendants may make, and any further evidence and argument as may be presented to the Court prior to or at the hearing on this Motion.

This motion is made following conference of counsel pursuant to L.R. 7-3, which took place on October 6, 2025.

Dated: October 14, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Caz Hashemi*
CAZ HASHEMI
E-mail: chashemi@wsgr.com

*Attorney for Defendants*
*The Trade Desk, Inc.,*
*Jeffrey T. Green, Laura Schenkein, and*
*Samantha Jacobson*