# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

*In re The Trade Desk, Inc. Securities Litigation*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  2:25-cv-01396-CAS-DFM

<u>CLASS ACTION</u>

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND NOTICE OF INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Date: March 9, 2026
Time: 10:00 a.m.
Courtroom: 8D, 8th Floor
Before: Hon. Christina A. Snyder

[PROPOSED] ORDER GRANTING DEFS' REQ. FOR JUDICIAL NOTICE AND NOT. OF INCORPORATION BY REFERENCE
CASE NO.: 2:25-CV-01396-CAS-DFM

Having considered the Request for Judicial Notice and Notice of Incorporation by Reference in Support of Defendants' Motion to Dismiss First Amended Consolidated Class Action Complaint ("Request") and good cause having been shown, the Court orders as follows:

IT IS HEREBY ORDERED that Defendants' Request is GRANTED, and the Court shall consider Exhibits 1-6, 8-25, 27, 29-32 to the Declaration of Benjamin M. Crosson incorporated by reference and shall take judicial notice of Exhibits 1-32 to the Declaration of Benjamin M. Crosson.

**IT IS SO ORDERED.**

Dated: _____          _____
                                HONORABLE CHRISTINA A. SNYDER
                                UNITED STATES DISTRICT JUDGE