CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
BENJAMIN M. CROSSON, State Bar No. 247560
bcrosson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

JESSICA L. SNORGRASS, State Bar No. 259962
jsnorgrass@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900

*Attorneys for Defendants*
*The Trade Desk, Inc., Jeffrey T. Green,*
*Laura Schenkein, and Samantha Jacobson*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *In re The Trade Desk, Inc. Securities Litigation* | Case No.: 2:25-cv-01396-CAS-DFM |
|  | <u>CLASS ACTION</u> |
|  | **NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND NOTICE OF INCORPORATION BY REFERENCE IN SUPPORT OF DEFEDANTS' MOTION TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
|  | Date: March 9, 2026<br>Time: 10:00 a.m.<br>Courtroom: 8D, 8th Floor<br>Before: Hon. Christina A. Snyder |

**TO LEAD PLANTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants The Trade Desk, Inc., Jeff Green, Laura Schenkein, and Samantha Jacobson (collectively, "Defendants") inform the Court that Plaintiff did not file an opposition to Defendants' Request for Judicial Notice and Notice of Incorporation by Reference in Support of Defendants' Motion to Dismiss First Amended Consolidated Class Action Complaint (Dkt. No. 81) ("Request").[1]  Defendants therefore respectfully request that the Court take judicial notice and/or treat as incorporated by reference the documents attached to the Declaration of Benjamin M. Crosson in Support of Defendants' Motion to Dismiss First Amended Consolidated Class Action Complaint.

Dated: January 26, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Caz Hashemi*
CAZ HASHEMI
E-mail: chashemi@wsgr.com

*Attorney for Defendants The Trade Desk, Inc., Jeffrey T. Green, Laura Schenkein, and Samantha Jacobson*

---

[1] Lead Plaintiff's Opposition to Defendants' Motion to Dismiss (Dkt. No. 84) merely mentions in a footnote that "[e]xtrinsic exhibits proffered by Defendants may not be considered to resolve factual disputes."  Opp. at 5 n.5.  This cursory statement is insufficient to meaningfully oppose Defendants' Request, which Defendants respectfully submit should be granted for the reasons explained in it and its relied-upon authorities.

NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
CASE NO.: 2:25-CV-01396-CAS-DFM

-1-