CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
BENJAMIN M. CROSSON, State Bar No. 247560
bcrosson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

*Attorneys for Defendants*
*The Trade Desk, Inc., Jeffrey T. Green,*
*Laura Schenkein, and Samantha Jacobson,*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *In re The Trade Desk, Inc. Securities Litigation* | Case No.: 2:25-cv-01396-CAS-DFM |
|  | <u>CLASS ACTION</u> |
|  | **JOINT STIPULATION TO CONTINUE THE MOTION TO DISMISS HEARING DATE** |
|  | Date: March 9, 2026 |
|  | Time: 10:00 a.m. |
|  | Courtroom: 8D, 8th Floor |
|  | Before: Hon. Christina A. Snyder |

Pursuant to Civil Local Rules 7-1 and 7-11, Defendants The Trade Desk, Inc., Jeffrey T. Green, Laura Schenkein, and Samantha Jacobson (collectively, "Defendants") and Lead Plaintiff Arkansas Public Employees' Retirement System and Public Employees' Retirement System of Mississippi ("Lead Plaintiff" and, with Defendants, the "Parties"), by and through their counsel, hereby stipulate to the following:

WHEREAS, on August 1, 2025, the Court entered an Order extending the schedule for filing a consolidated class action complaint and briefing on a motion to dismiss (Dkt. No. 72);

WHEREAS, Lead Plaintiff filed an amended complaint on August 15, 2025 and Defendants filed a motion to dismiss the amended complaint on October 14, 2025 ("Motion to Dismiss") (Dkt. No. 80);

WHEREAS, Defendants originally noticed the hearing on Defendants' Motion to Dismiss for March 9, 2026;

WHEREAS, counsel for Defendants now have conflicts preventing proceeding on the March 9, 2026 hearing date, including a multi-week trial scheduled to begin March 2, 2026 and additional travel, respectively;

WHEREAS, counsel for Defendants and counsel for Plaintiffs met and conferred and agreed to reschedule the hearing to April 13, 2026, subject to the Court's approval;

WHEREAS, the Parties have further agreed that if the requested April 13, 2026, date is not convenient for the Court, in the alternative, subject to the Court's approval, March 16, 2026 would also work for all parties.[1]

---

[1] For the Court's convenience, the Proposed Order submitted in conjunction with this Stipulation contemplates ordering a hearing date of April 13, 2026. Should the Court prefer March 16, 2026 or an alternative date after April 13, 2026, the parties would be happy to submit a revised proposed order consistent with the Court's intentions.

NOW, THEREFORE, the Parties, by and through their respective attorneys of record and subject to approval of the Court, hereby agree and stipulate as follows:

1.     The hearing on Defendants' Motion to Dismiss currently scheduled for March 9, 2026 at 10:00 a.m., shall be continued to April 13, 2026 at 10:00 a.m., or, should that date not work for the Court, March 16, 2026 at 10:00 a.m., or such other date after April 13, 2026 as may be convenient to the Court and the Parties.

IT IS SO STIPULATED.

Dated: January 29, 2026          Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
/s/ *Caz Hashemi*
Caz Hashemi
Caz Hashemi (SBN 210239)
Benjamin M. Crosson (SBN 247560)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
chashemi@wsgr.com
bcrosson@wsgr.com

*Attorneys for Defendants The Trade Desk, Inc., Jeffrey T. Green, Laura Schenkein, and Samantha Jacobson*

Dated: January 29, 2026          **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
**LABATON KELLER SUCHAROW LLP**
/s/ *Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3481
-and-Hannah Ross (*pro hac vice* pending)
(Hannah@blbglaw.com)

John Rizio-Hamilton (admitted *pro hac vice*)
(johnr@blbglaw.com)
Prachi Patel (admitted *pro hac vice*)
(Prachi.patel@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
*Counsel for Lead Plaintiff*
*Public Employees' Retirement System of*
*Mississippi, and Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS
& TOLL PLLC**
/s/ *Laura H. Posner*
Laura H. Posner (*pro hac vice* pending)
(lposner@cohenmilstein.com)
Brendan R. Schneiderman (*pro hac vice* pending)
(bschneiderman@cohenmilstein.com)
88 Pine St., 14th Floor
New York, NY 10005
Tel.: (212) 838-7797

-and-

Steven J. Toll (*pro hac vice*)
(stoll@cohenmilstein.com)
Molly J. Bowen (*pro hac vice*)
(mbowen@cohenmilstein.com)
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
Tel.: (202) 408-4600

*Counsel for Lead Plaintiff Arkansas Public*
*Employees' Retirement System, and Lead*
*Counsel for the Class*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

By: /s/ *Caz Hashemi*
Caz Hashemi

*Attorney for Defendants The Trade Desk,*
*Inc., Jeffrey T. Green, Laura Schenkein, and*
*Samantha Jacobson*