NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

*In re The Trade Desk, Inc. Securities Litigation*

)
)
)
)
)
)
)
)
)
)
)

Lead Case No.
2:25cv01396 CAS (DFMx)

<u>CLASS ACTION</u>

**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE MOTION TO DISMISS HEARING DATE**

Having considered the Joint Stipulation to Continue the Hearing Date ("Joint Stipulation") filed by Defendants The Trade Desk, Inc., Jeffrey T. Green, Laura Schenkein, and Samantha Jacobson ("Defendants") and Lead Plaintiff Public Employees' Retirement System of Mississippi and Arkansas Public Employees' Retirement System ("Lead Plaintiff" and with Defendants, the "Parties"), and good cause appearing therefore, the Joint Stipulation is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Defendants' Motion to Dismiss currently scheduled for March 9, 2026 at 10:00 a.m., shall be continued to March 16, 2026, at 10:00

///

///

///

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO
CONTINUE THE MOTION TO DISMISS HEARING DATE
CASE NO.: 2:25-CV-01396-CAS-DFM

a.m. by Zoom.  Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures and Schedules.

**IT IS SO ORDERED.**

Dated: January 29, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO CONTINUE
THE MOTION TO DISMISS HEARING DATE
CASE NO.: 2:25-CV-01396-CAS-DFMx

-1-