**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| *In re The Trade Desk, Inc. Securities Litigation* | Case No.: 2:25cv01396 CAS-DFMx <br><br> <u>CLASS ACTION</u> <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND ANSWER DEADLINE** |

Having considered the Joint Stipulation to Continue the Hearing Date ("Joint Stipulation") filed by Defendants The Trade Desk, Inc., Jeffrey T. Green, Laura Schenkein, and Samantha Jacobson ("Defendants") and Lead Plaintiff Public Employees' Retirement System of Mississippi and Arkansas Public Employees' Retirement System ("Lead Plaintiff" and with Defendants, the "Parties"), and good cause appearing therefore, the Joint Stipulation is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1.     Defendants' deadline to file an answer shall be extended from March 31, 2026, to April 30, 2026.

**IT IS SO ORDERED.**

Dated: March 25, 2026

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO EXTEND
ANSWER DEADLINE
CASE NO.: 2:25-cv-01396-CAS-DFMx